COPY

IN THE CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE
FOR THE TWENTIETH JUDICIAL DISTRICT

| | |
|---|---|
| **AMERICAN BUILDERS INSURANCE, RRG,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OSCAR ESCOBAR,** individually and d/b/a<br>**B & A ROOFING CONSTRUCTION,**<br>**BA ROOFING LLC,** and<br>**ROCKINGHAM INSURANCE COMPANY,**<br><br>**Defendants.** | **Case No.** 26-1056-II |

**COMPLAINT FOR DECLARATORY JUDGMENT**

The Plaintiff, American Builders Insurance, RRG ("Plaintiff" or "ABIC"), by and though counsel and pursuant to Rule 57 of the Tennessee Rules of Civil Procedure, hereby states its complaint and cause of action for Declaratory Judgment against Defendants Oscar Escobar, individually and d/b/a B & A Roofing Construction, BA Roofing LLC (collectively, "BA Roofing"), and Rockingham Insurance Company (collectively, "Defendants"), states and shows as follows:

## I. PARTIES

1. ABIC is an Alabama corporation with its principal place of business located in Montgomery, Alabama, and is authorized to conduct business in Tennessee.

2. Defendant Oscar Escobar, individually and d/b/a B & A Roofing Construction may be served with process by serving its Registered Agent, Oscar A Escobar, at 106 Forest Lane, La Vergne, Tennessee 37086



Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 1 of 162 PageID #: 5

3. Defendant BA Roofing, LLC is a Tennessee limited liability company doing business at 114 Center St, La Vergne, Tennessee 37086. BA may be served with process by serving its Registered Agent, Oscar A Escobar, at 106 Forest Lane, La Vergne, Tennessee 37086.

4. Defendant Rockingham Insurance Company is a Virginia corporation doing business in the State of Tennessee with a principal place of business at 633 E. Market St, Harrisonburg, VA 22801. Rockingham Insurance Company may be served with process by serving its Registered Agent, Robert Lyon, at 633 E. Market St, Harrisonburg, VA 22801.

## II. JURISDICTION & VENUE

5. Jurisdiction over this action for declaratory judgement, which is brought pursuant to Rule 57 of the Tennessee Rules of Civil Procedure and Tenn. Code Ann. § 29-14-101, *et seq.*, is properly with this Court.

6. Venue for this action is proper in this district pursuant to Tenn. Code Ann. § 20-4-101, because Davidson is the county where the cause of action arose.

## III. FACTUAL ALLEGATIONS

### *POLICY OF INSURANCE*

7. ABIC issued a Commercial General Liability Policy of Insurance, bearing Policy No. ABIC010161-00, to Defendant Escobar. The Policy period relevant to this Complaint was March 25, 2021 to March 25, 2022 (the "Policy").[1]

8. The Policy purchased by Escobar provides a Commercial General Liability Coverage Form (CG 00 01 12 07) ("Liability Coverage Form"), the relevant portions of which provide as follows:

---

[1] A certified copy of the Policy is attached hereto as **Exhibit A**.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## SECTION 1 – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. [...]

    **b.** This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    (2) The "bodily injury" or "property damage" occurs during the policy period; and

    (3) Prior to the policy period, no insured [...] knew that the "bodily injury" or "property damage" had occurred, in whole or in part. [...]

    **c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

[...]

2. **Exclusions**

    [...]

    **b. Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured

contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", [...]

[...]

**j. Damage To Property**

"Property damage" to:

[...]

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

[...]

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

Property damage" to "your work" arising out of it or any part of it and included in the "products completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

[...]

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

[...]

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

[...]

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

[…]

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

[…]

## SECTION V – DEFINITIONS

[…]

8. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

[…]

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

[…]

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. […]

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it. […]

[…]

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

---

**(Ex. A)**

10. The Policy purchased by Defendant Escobar includes endorsements.

11. The Policy includes Endorsement (AB-2006-0017), the relevant portions of which provide as follows:

---

This insurance does not apply to:

**Roofing Limitation**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**(a)** The handling, storage or transportation of hot tar or any other heated substance; or

(b) Any job site where you are working, or have worked, on a roof of a building or structure, whether work is completed or not, in excess of three (3) stories or thirty-six (36) feet in height; [...]

(2) "Bodily injury" or "property damage" caused by or resulting from the intrusion of rain, snow, sleet or hail for any reason, including the negligence of any insured, additional insured or individuals acting on behalf of any insured or additional insured during the course of "roofing operations".

As used in the endorsement, the following is added to **SECTION V – DEFINITIONS:**

"Roofing operations" is defined to mean removal of any existing roofing material or the application of roofing material, including the necessary preparation and clean up.

---

12. The Policy includes Endorsement (ABIC 3016), the relevant portions of which provide as follows:

---

This endorsement modified insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**Contractors**

As a condition precedent to us having any obligation to defend or indemnify any insured or additional insured for any claim for "bodily injury" or "property damage" [...] the insured must have obtained, prior to the start of work and the date of the "occurrence" giving rise to the claim or "suit":

**a.** A written indemnity agreement from the contractor or subcontractor holding the insured harmless for all liabilities, including costs of defense, arising from the work of the contractor or subcontractor;

**b.** Certificates of insurance from the contractor or subcontractor indicating that the insured is named as an additional insured for both ongoing operations and completed operations on the contractor or subcontractor's General Liability policy of insurance, and that coverage is maintained with minimum limits of $1,000,000 per occurrence and $2,000,000 aggregate or to the same limits as the insured's policy;

**c.** Proof that the contractor or subcontractor has workers' compensation insurance if required by the state in which the job is located; and

**d.** Proof that all licenses and permits as required by local and/or state statute, regulation or ordinance are up to date.

The insured must maintain the records evidencing compliance with Paragraph **a.** through Paragraph **d.** for a minimum of ten (10) years from the expiration date of this policy. If these records are not maintained, we shall have no obligation to defend or indemnify any insured for work performed by contractors or subcontractors on your behalf.

The insurance provided by this policy shall be excess over and above any other valid and collectible insurance.

---

12. The Policy includes Endorsement (ABIC 3022), the relevant portions of which provide as follows:

---

[…]

We will not defend any claim or suit, or pay any damages, loss, expense, cost, or obligation caused directly or indirectly by, arising out of, or alleged to arise out of, resulting from, contributed to, contributed by, or related in any way to "your products" manufactured, assembled, sold, handled or distributed by or on behalf of you prior to the date shown in the Schedule or "your work" performed by or on behalf of you prior to the date shown in the Schedule.

[…]

---

13. The Policy includes Endorsement (ABIC 3088), the relevant portions of which provide as follows:

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION I – COVERAGES**, paragraph **2.** Exclusions of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph 2. Exclusions of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to:

**Incomplete or Abandoned Work**

Any allegation, claim or "suit" for "bodily injury" or "property damage":

**(1)** Based on your failure to complete "your work." For purposes of this exclusion, "your work" will be deemed complete at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization.

"Your Work" will be deemed incomplete if it does not meet the definition of complete above.

**(2)** Based on work you abandon for any reason. For purposes of this exclusion, "your work" will be deemed abandoned when any insured is alleged to have ceased, forsaken, left or deserted any work, project or jobsite for any reason [...].

---

14. The Policy includes Endorsement (ABIC 3089), the relevant portions of which provide as follows:

---

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**.

As a condition precedent to coverage for any claim arising under this policy, you must provide to us, within thirty days of claim submission, all "records" related to the alleged "occurrence". If no such "records" exist, you must submit, within the thirty-day period following claim submission, a "No Records Affidavit" affirming that no "records" related to the "occurrence" exist.

If you fail to produce such "records" or a "No Records Affidavit" within thirty days of claim submission, we will have no obligation to defend or indemnify you for the "occurrence". Submission of "records" or a "No Records Affidavit" after expiration of the thirty-day deadline will not eliminate our right to disclaim the duty to defend or the duty to indemnify you for the "occurrence".

As claims may arise years after work is performed, you must maintain "records" for a minimum of ten years after the work is performed.

[...]

---

15. The Policy includes Endorsement (ABIC 25 00 05 19), the relevant portions of which provide as follows:

---

[...]

C. The last paragraph of **1.** of **Supplementary Payments - Coverages A AND B** of **Section I - Coverages** is **deleted** and **replaced** with the following:

These payments will reduce the limits of insurance.

[...]

---

16. The Policy includes Endorsement (ABIC 99 01), the relevant portions of which provide as follows:

[…]

All claim notices are to be reported to the claim service provider shown in the Schedule of this endorsement in a timely manner. In the event you do not report, within 30 days of the date you know or should have known of the claim or injury, we shall have the option, at our sole discretion, to deny coverage under this policy if your failure to report any such loss has prejudiced our rights under this policy.

[…]

17. The Policy includes Endorsement (CG 21 39), the relevant portions of which provide as follows:

The definition of "insured contract" in the DEFINI- TIONS Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for dam- age by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition opera- tions on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to in- demnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement.

18. The Policy includes Endorsement CG 22 94, the relevant portions of which provide as follows:

EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF - This endorsement removes the exception to the Your Work Exclusion for Subcontractors work.

---

### *THE UNDERLYING LITIGATION*

19. Upon information and belief, Assumption Church in Nashville, Tennessee, sustained extensive damage during the March 2020 tornado outbreak, which is alleged to have required the performance of certain restoration and reconstruction work.

20. Assumption Church retained Goodrum Construction, LLC to serve as general contractor for certain restoration and construction work. The scope of this work included the replacement of the roofs of four buildings at Assumption Church, including the church building, rectory, parochial school building, and parish office building (collectively, the "Site").

21. QE Construction LLC was selected by Assumption Church to perform the roofing work at the Site as a subcontractor to Goodrum and entered into a written Subcontractor Agreement with Goodrum.

22. QE Construction LLC entered into written subcontracts with BA Roofing in 2021 and 2022 to perform all or part of the roofing work at the Site, within the scope of Goodrum's contractual obligations to Assumption Church. The scope of this roofing work included the removal and replacement of the roofing at the Site, as well as work on associated components, including but not limited to flashing, downspouts, and gutters.

23. Roofing work at the Site was performed by BA Roofing in 2021 and 2022.

24. Subsequent to the completion of the roofing work at the Site, Assumption Church, by and through its legal representatives, made various claims regarding the quality of the roofing work performed by BA Roofing.

25. Assumption Church has alleged, inter alia, that the roofing work was performed negligently, improperly, and/or in a manner that failed to comply with applicable plans, specifications, and industry standards, and/or is otherwise defective, and which has resulted in Assumption Church sustaining damage, including but not limited to ongoing repair costs.

26. Assumption Church based their allegations, at least in part, upon a detailed inspection performed by Warndorf Group, LLC on June 18 and July 18, 2024, which was formalized into a Building Enclosure Consulting Report created on August 14, 2024, and modified on September 3, 2024 (the "Inspection Report").

27. Assumption Church set forth a demand to resolve the claims and allegations relating to the roofing work performed by BA Roofing at the Site. The demand was communicated to BA Roofing.

28. Upon information and belief, BA Roofing failed to take remedial action, make repairs, or take other action to resolve the claims asserted by Assumption Church arising from BA Roofing's work.

29. On or about November 26, 2025, Goodrum Construction, LLC filed a lawsuit against BA Roofing in the Circuit Court for Davidson County, Tennessee, bearing Case No. 25C3307 ("Lawsuit No. 1").[2]

30. On or about December 17, 2025, QE Construction LLC filed a lawsuit against BA Roofing in the Circuit Court for Davidson County, Tennessee, bearing Case No. 25C3493 ("Lawsuit No. 2").[3]

---

[2] A copy of the Complaint filed in Lawsuit No. 1 is attached hereto as **Exhibit B**.
[3] A copy of the Complaint filed in Lawsuit No. 2 is attached hereto as **Exhibit C**.

31. Lawsuit No. 1 alleges Defendant BA Roofing's negligence, common law implied indemnification, and contribution with respect to a roofing contract performed, allegedly inadequately or negligently, by BA Roofing at Assumption Church. (**Ex. B**, ¶¶ 16, 22, 31).

32. Lawsuit No. 2 alleges Defendant BA Roofing's breach of contract, negligence, common law implied indemnification, and contribution with respect to a roofing contract performed, allegedly inadequately or negligently, by BA Roofing at Assumption Church. (**Ex. C**, ¶¶ 19, 25, 31, 40).

33. BA Roofing filed Answers to Lawsuits No 1 and No. 2 on or about January 5 and 30, 2026, respectively, and actively litigated those actions without ABIC's knowledge, input, or involvement.

34. As explained in a Reservation of Rights letter sent to Defendant BA Roofing, ABIC specifically disclaimed coverage under the Policy and reserved all of its rights thereunder.

35. Upon information and belief, Assumption Church, Goodrum Construction, LLC, QE Construction, LLC, and BA Roofing agreed to resolve all claims among them arising out of the Site and the circumstances described in Lawsuits No. 1 and No. 2.

36. ABIC had no involvement in the negotiations or settlement of the claims arising out of the Site and the circumstances described in Lawsuits No. 1 and No. 2.

37. A redacted Settlement Agreement and Release setting forth the terms and conditions of the settlement between and among Assumption Church (and their insurer and affiliates), Goodrum Construction, LLC, QE Construction, LLC, and BA Roofing is attached hereto as **Exhibit D**.

38. BA Roofing agreed to the terms of the settlement between and among Assumption Church (and their insurer and affiliates), Goodrum Construction, LLC, and QE Construction, LLC without ABIC's knowledge or consent.

39. Upon information and belief, BA Roofing has insurance coverage with Defendant Rockingham Insurance Company.

40. Defendant Rockingham Insurance Company has agreed to fund all or part of BA Roofing's portion of the settlement payment to be paid to Assumption Church (the "Settlement Amount") to settle the claims arising out of Lawsuits No. 1 and No. 2.

41. Upon information and belief, Defendant Rockingham Insurance Company is seeking or will seek contribution from ABIC for the Settlement Amount.

## CAUSE OF ACTION

### *DECLARATORY JUDGMENT*

42. ABIC incorporates by reference the allegations contained in Paragraphs 1 through 38 above as if specifically set forth verbatim herein.

43. ABIC contends and asserts that there is no coverage under the Liability Coverage Form due to the allegations of the underlying complaints failing to constitute an "occurrence" as that term is defined in the Policy.

44. The Liability Coverage Form defines "occurrence" as "an accident, including continuous or repeated exposure to substantially the same general harmful conditions." Therefore, the claims seeking only the cost to repair or replace BA Roofing's own allegedly inadequate or negligent work do not constitute an "occurrence."

45. ABIC contends and asserts that there is no coverage under the Liability Coverage Form and its Amended Definitions Endorsement (ABIC 3084), which defines "Property damage" as

*not* including any cost or expense to repair, replace or complete any work to any property that the insured is otherwise obligated to repair, replace or complete pursuant to the terms of any contract with any person.

46. The alleged damages consisting of the cost to repair, replace, or redo BA Roofing's own defects with respect to Assumption Church's roof are excluded from the definition of "property damage" by endorsement ABIC 3084.

47. ABIC contends and asserts there is no coverage under the Liability Coverage Form pursuant to the "your work" exclusion, which bars coverage for "property damage" to "your work." "Your work" encompasses all work or operations performed by the insured or on the insured's behalf, and materials, parts, or equipment furnished in connection with such work.

48. The alleged damages claimed in Lawsuits Nos. 1 & 2 arise from BA Roofing's completed roofing work at the Assumption Church site, including the copper roof panels, flashing, gutters, downspouts, solder joints, and associated components.

49. ABIC contends and asserts there is no coverage under the Endorsement CG 22 94, which removes the exception to the "your work" exclusion for damaged work that was performed on BA Roofing's behalf by a subcontractor. As the endorsement expressly states, this "removes the exception to the Your Work Exclusion for Subcontractors work." Accordingly, even if BA Roofing used its own subcontractors to perform portions of the roofing work, the "your work" exclusion would still apply.

50. ABIC contends and asserts there is no coverage under Exclusion j(6) of the Liability Coverage Form, which bars coverage for "property damage" to "that particular part of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed on it."

51. Exclusion j(6) is not limited to the "products-completed operations hazard" and may also apply to damage of portions of the church structures (e.g., substrate, decking, or interior components) that must be repaired because BA Roofing incorrectly performed its roofing work on them.

52. ABIC contends and asserts there is no coverage under Exclusion m of the Liability Coverage Form, which bars coverage for "property damage" to "impaired property" or property not physically injured, arising out of a defect, deficiency, inadequacy, or dangerous condition in "your work." To the extent Assumption Church's structures are rendered less useful or unusable due to BA's defective roofing work, but can be restored by repair or replacement of BA Roofing's work, this exclusion applies.

53. ABIC contends and asserts there is no coverage under Exclusion b of the Liability Coverage Form, which bars coverage for "property damage" for which BA Roofing is obligated to pay by reason of the assumption of liability in a contract or agreement.

54. ABIC contends and asserts there is no coverage under Endorsement CG 21 39, which narrowed the definition of "insured contract" to exclude paragraph (f) of the standard definition, which covers the assumption of tort liability in business contracts.

55. BA Roofing's contractual indemnity obligations under the Subcontracts with QE, including BA Roofing's agreement under Article 4 to indemnify and hold harmless QE from any and all claims arising from BA Roofing's work, do not fall within the narrowed definition of "insured contract" under Endorsement CG 21 39.

56. Exclusion b and Endorsement CG 21 39 bar coverage for BA Roofing's liability arising from its assumption of liability in the Subcontracts with QE, and the "insured contract" exception does not restore it.

57. ABIC contends and asserts there is no coverage under Endorsement AB-2006-0017, which excludes coverage for "property damage" caused by or resulting from the intrusion of rain, snow, sleet, or hail for any reason, including the negligence of any insured or additional insured, during the course of "roofing operations." The endorsement also excludes coverage for property damage arising from any job site where BA Roofing is working on a roof exceeding three stories or thirty-six feet in height.

58. The active leaks and moisture intrusion enumerated in the Inspection Report are the result of rain intrusion through the allegedly defective roofing system created by BA Roofing. Thus, Endorsement AB-2006-0017 would exclude coverage for the resulting property damage.

59. Assumption Church includes buildings that are two to three stories in height. Endorsement AB-2006-0017 bars coverage to BA Roofing for any of Assumption's buildings that BA Roofing worked on exceed three stories or thirty-six feet in height.

60. ABIC contends and asserts there is no coverage under the Subcontracts between QE and BA Roofing[4], which required BA Roofing to obtain Commercial General Liability coverage naming QE as an additional insured on BA Roofing's policy.

61. The Policy, including all listed endorsements, contains no additional insured.

62. ABIC contends and asserts there is no coverage under the Contractors Special Conditions endorsement (ABIC 3005), which creates a condition precedent to coverage for any claim based on work performed by a contractor or subcontractor on behalf of BA Roofing.

63. BA Roofing was itself the sub-subcontractor performing the roofing work at Assumption. To the extent BA Roofing used its own subcontractors to perform any portion of the work and failed to obtain the required documentation from those subcontractors, this

---

[4] A copy of the Subcontracts is attached hereto as **Exhibit E**.

endorsement relieves ABIC of any obligation to defend or indemnify for claims arising from that work.

64. ABIC contends and asserts there is no coverage under the notice provisions of the Liability Coverage Form or relevant Endorsements (Section IV, Condition 2, ABIC 99 01, ABIC 3089).

65. Section IV, Condition 2 of the Liability Coverage Form requires BA Roofing to notify the Insurer "as soon as practicable" of an occurrence or offense that may result in a claim, and to notify the Insurer "as soon as practicable" if a claim is made or suit is brought. BA Roofing must immediately send copies of any demands, notices, summonses, or legal papers.

66. Endorsement ABIC 99 01 provides that claims must be reported to the claim service provider "in a timely manner." If the insured fails to report within 30 days of the date the insured knows or should have known of the claim or injury, the Insurer has the option, at its sole discretion, to deny coverage "if your failure to report any such loss has prejudiced our rights under this policy."

67. The Thirty-Day Record Production Endorsement (ABIC 3089) requires that, as a condition precedent to coverage, the insured must provide all records related to the alleged occurrence within thirty days of claim submission. Failure to do so eliminates the Insurer's obligation to defend or indemnify, and late submission does not cure the default.

68. On February 23, 2024, BA Roofing first received notice of a claim when QE put BA Roofing on notice of Assumption Church's claim. On October 14, 2024, BA Roofing received a formal tender of defense and indemnity from QE. In April 2026, ABIC first received notice of any claim, through a letter from BA Roofing's counsel, dated April 14, 2026, placing ABIC on notice of the existence of the claim and Lawsuits Nos. 1 & 2.

69. The timeline expressed in Paragraph 61 reveals a delay of approximately twenty-six months between BA Roofing's first knowledge of the claim (February 2024) and ABIC's receipt of notice (April 2026).

70. Under the Liability Coverage Form's "as soon as practicable" standard, a twenty-six-month delay is facially unreasonable and constitutes a breach of the notice condition.

71. Under Endorsement ABIC 99 01's 30-day reporting requirement, BA Roofing was required to report the claim within 30 days of February 23, 2024, *i.e.*, by approximately late March 2024. The report was not made until April 2026, approximately two years late. Endorsement ABIC 99 01 grants the Insurer the discretionary right to deny coverage if the late reporting has prejudiced the Insurer's rights.

72. ABIC's rights were prejudiced by BA Roofing's delay in reporting.

73. Under the Thirty-Day Record Production Endorsement (ABIC 3089), BA Roofing was required, as a condition precedent to coverage by ABI, to produce all required records within thirty days of claim submission. BA Roofing did not submit all required records within thirty days of its April 2026 claim notice.

74. ABIC's prejudice as a result of BA's delayed notice was and is substantial. By the time notice was provided to ABIC in April 2026, Lawsuits Nos. 1 & 2 had already been filed and answered. The underlying construction work was performed in 2021 and 2022, and multiple inspections had already taken place without ABIC's participation or input. ABIC was unable to conduct its own investigation, retain experts, participate in settlement discussions, or otherwise protect its interests during this critical period.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, ABIC prays,

1. That process issue and be served upon Defendants, requiring them to answer this Complaint for Declaratory Judgement;

2. That this Court advance this cause on the Court's calendar as authorized by Rule 57 of the Tennessee Rules of Civil Procedure.

3. For a declaration of rights, obligations, and legal relations of ABIC and Defendants by reason of the aforesaid Policy;

4. For a declaration that, under the terms of the Policy, ABIC was not obligated to defend BA Roofing in Lawsuits Nos. 1 or 2;

5. For a declaration that, under the terms of the Policy, ABIC did not and does not owe BA Roofing indemnification in Lawsuits Nos. 1 or 2;

6. For a declaration that, under the terms of the Policy, ABIC does not owe contribution to Defendants for the Settlement Amount;

7. For a declaration that ABIC is not obligated to make any payments to the claimants for damages sought in both Lawsuits Nos. 1 & 2 under either the Liability Coverage Form or its endorsements;

8. For the costs of this cause; and

9. For such other and further relief to which ABIC may be entitled under the facts and circumstances of this cause.

Respectfully submitted:

[signature]

Christopher M. Myatt (#024629)
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Suite 900
Memphis, Tennessee 38119
Phone: (901) 522-9000
Fax: (901) 527-3746
cmyatt@martintate.com

## Notice to Policyholders

Please review your policy carefully and contact your agent if you have any questions. This Notice is not a part of your insurance policy. This Notice summarizes changes that affect your policy. No coverage is provided by this summary nor does it replace any provision of your policy. You should read your policy and review your declarations page(s) for complete information on the coverages provided. If there are any discrepancies between the policy and this summary, THE PROVISIONS OF THE POLICY WILL GOVERN.

---

### ENDORSEMENTS

Please review the endorsements on your policy. If any of the following endorsements are applicable, changes have been made that may affect the level of coverage provided in your policy:

### Endorsement / Provision Changes:

CG 22 94 10 01 - EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF - This endorsement removes the exception to the Your Work Exclusion for Subcontractors work.

EXHIBIT A

TROY WALTON
107 SUNSET ST

La Vergne, TN 37086 -

## PURPOSE OF THIS INITIAL PRIVACY NOTICE

The purpose of this notice is to inform you of Appalachian Underwriters, Inc. - Appalachian Underwriters, Inc. ("AUI") privacy policies and procedures. We protect your nonpublic personal information ("NPI") from disclosures that are not allowed by law or restricted or disallowed in this Initial Privacy Notice. AUI gives this Notice as a service to all valued customers and to comply with the requirements of the law.
This Initial Privacy Notice describes how AUI collects, discloses and protects the personal information we gather about you. We may materially change our privacy policies and procedures, and if we do we will notify you before we make the changes.
We gather two types of protected information about you. 1) Nonpublic personal information ("NPI") and 2) non-public personal financial information ("NPFI").
NPI includes any list, description or grouping of consumers that is derived using any personally identifiable information that is not publicly identifiable. It includes the medical, financial and character information that we gather to provide you with insurance as well as your name and address.
NPFI is the protected financial information we gather about you.

## OUR PRIVACY POLICIES AND PROCEDURES

1) Categories of NPI We Collect. We collect several types of NPI about you including: Name, address, birthdates, gender, avocations, employment information, including occupation and earnings, social security number, and medical history.
2) Categories of NPI We Disclose. We do not share your NPI with anyone unless allowed by law.
3) Categories of affiliates and nonaffiliated Third Parties to Whom We Disclose NPI.
a) Affiliates. The law allows us to share your NPI with affiliates. However, AUI has no affiliates.
b) Non-affiliated Third Parties. The law allows us to share your NPI with nonaffiliated third parties under certain circumstances. When it is lawful to do so we share your NPI with the following categories of nonaffiliated third parties: insurance entities such as insurance companies, their representatives and Business Associates, and non-insurance entities such as third-party administrators and medical providers.
c) General Types of Businesses. The law allows us to share NPI with non-affiliated third parties whose only use will be in connection with the marketing of a product or a service. However, we do not share your NPI with third parties for marketing purposes.
4) Former Customers. The law allows us to share the NPI of former customers. However, we do not share the NPI of former customers.
5) Disclosure to an affiliate for Marketing Purposes. The law allows us to share your NPFI with our affiliates to market insurance products or services to you. However, we do not share your NPFI with our affiliates.
6) Opting Out of Disclosure to Nonaffiliated Third Parties. The law allows us to share NPFI with nonaffiliated third parties for marketing purposes. However, we do not share your NPFI with nonaffiliated third parties for marketing purposes.
7) Disclosures Made of NPFI Protected by the Federal Fair Credit Reporting Act. The law allows us to share non-transactional information you disclosed under the Fair Credit Reporting Act. However, we do not share this information.
8) How We Protect the Confidentiality and Security of NPI. We protect and safeguard your NPI. Employees of AUI sign confidentiality agreements and receive training in handling confidential information. Only licensed personnel have access to records, which are locked up during non-business hours. Commercial-grade shredders are used for paper waste, software diskettes and CD disks. Unless specifically authorized by law, we require your personal, written permission before releasing NPI to third parties.
9) Your Right to Access, Copy Review and Request Correction of NPI. You have the right to access, copy review and request correction of any NPI in our possession. You must make this request to us in writing and we have 30 days to allow you to review your NPI. If you believe that there is an error in the information, you may request in writing that it be corrected. We have 30 days from receiving the request to make the correction or to inform you as to why we will not make the requested change and the reasons why. If you disagree with the refusal, you may supply us with a concise statement why you disagree and it will be filed with your NPI.
10) Disclosure of NPI Under Specific Exceptions. The law allows or requires us to disclose NPI in the following situations:
a) With your written authorization.
b) To a non-insurance entity if it is reasonably necessary for us to properly do our business and the other entity agrees not to disclose theNPI.
c) To an insurance entity if the disclosure helps the receiving party perform an insurance transaction for you or if it is reasonably necessary to detect or prevent criminal activity, fraud or misrepresentation in connection with an insurance transaction.
d) To a medical professional in order to:
1. Verify coverage or benefits, conduct operations or service audits; or
2. Inform a person of a medical problem they might not be aware of.
e) To the Department of Insurance, law enforcement or other governmental entity including an administrative or court order, or as is otherwise required or permitted by law.
f) To conduct actuarial or research studies if there are proper safeguards.
g) To facilitate the sale of whole or part of an insurance business.
h) To a person whose only use will be for marketing a product or service. However please note:
1. No medical or character information may be disclosed.
2. You may "opt out" of the disclosure.
3. The person getting the information agrees to use it only for marketing purposes.
i) To an affiliate for an insurance audit or marketing an insurance product or service.
1. The information can only be used by the affiliate and only for those purposes.
j) By a consumer reporting agency if the information does not go to an entity.
k) To a group policyholder to report claims experience or do an audit or to a certificate holder or policyholder to inform them of the status of an insurance transaction.
l) To a professional peer review organization to review medical care.
m) To the government to determine eligibility for health benefits.
n) To a lien holder, etc. or any other having a legal interest in an insurance policy to the extent that the disclosure is needed to protect their interest.
Appalachian Underwriters, Inc. - Appalachian Underwriters, Inc.

## Website Notice

We recognize that you have an interest in how we collect, retain and use information about you. Appalachian Underwriters, Inc - Appalachian Underwriters, Inc. has created this Privacy and Security Policy statement in order to demonstrate and communicate its commitment to doing business with the highest ethical standards and appropriate internal controls.
Information on our users is obtained through user-submitted request-for-more information forms. These forms require users to give us contact information (such as name, company or school name, e-mail address, street address, telephone and fax numbers and educational information). This information is used to provide the information to those who inquire about our business and services offered or employment opportunities. We consider your data to be private and confidential, and we hold ourselves to the highest standards of trust in their safekeeping and use.
If you have any questions about this Privacy and Security Policy statement, the practices of this website or your dealings with Appalachian Underwriters, Inc - Appalachian Underwriters, Inc., you can contact us using the **Contact Us form** on the website. We reserve the right to change this policy at any time by posting a new policy at this location.

# IMPORTANT NOTICE

## YOUR POLICY IS WRITTEN WITH A SELF-INSURED RETENTION

Our obligation under the policy applies only after you have paid the full amount of the Self-Insured Retention.

The amount for which you are responsible, along with the terms and conditions, are detailed in the endorsement titled: SELF-INSURED RETENTION ENDORSEMENT.

# American Builders Insurance Company Risk Retention Group, Inc.

## Toll-free Claims Reporting Quick Reference Sheet for Auto and General Liability Claims

# 1-866-984-3318

Fax Number: 1-855-817-6016
Email: claimfirstreport@usadminclaims.com

To report your auto and general liability claims quickly and efficiently, please have the following information ready when you call your toll-free claims reporting service. This is a general listing for your quick reference. Additional information may be requested. Thank you for your prompt claims reporting!

CLIENT INFORMATION

~ Insured Name and DBA (doing business as name)

CLAIMANT INFORMATION

~ Claimant Information
~ Claimant Name
~ Claimant addresses and phone number

LOSS INFORMATION

~ Exact date and time of injury or damage
~ Exact location where injury or damage occurred
~ Specific description of injury or damage
~ Witnesses or Passengers - name, address and phone numbers

# COMMON POLICY DECLARATIONS

| | |
|---|---|
| **American Builders Insurance Company Risk Retention Group, Inc.**<br>**5151 Hampstead High St, Ste 200**<br>**Montgomery, AL 36116** | **Appalachian Underwriters, Inc**<br>**800 Oak Ridge Turnpike**<br>**Suite A-1000**<br>**Oak Ridge, TN 37830** |

NAMED INSURED: OSCAR ESCOBAR DBA B & A ROOFING CONSTRUCTION

MAILING ADDRESS: 106 Forest Ln
La Vergne, TN 37086

POLICY PERIOD: FROM 3/25/2021 TO 3/25/2022 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| BUSINESS DESCRIPTION | RESIDENTIAL ROOFING CONTRACTOR |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | **PREMIUM** |
|---|---|
| BOILER AND MACHINERY COVERAGE PART | $ |
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ [redacted] |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ |
| COMMERCIAL PROPERTY COVERAGE PART | $ |
| CRIME AND FIDELITY COVERAGE PART | $ |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ |
| FARM COVERAGE PART | $ |
| LIQUOR LIABILITY COVERAGE PART | $ |
| POLLUTION LIABILITY COVERAGE PART | $ |
| PROFESSIONAL LIABILITY COVERAGE PART | $ |
| ASSOCIATION FEE | $ [redacted] |
| POLICY FEE | $ [redacted] |
| LOSS CONTROL FEE | $ [redacted] |
| TAXES/SURCHARGES | $ [redacted] |
| TOTAL: | $ [redacted] |

NO FLAT CANCELLATIONS

Premium shown is payable: 100% at inception.

**Notice:** Your policy contains a "Minimum Earned Premium" Endorsement allowing the Company to retain at a minimum 15% of premium if the policy is terminated or cancelled prior to the expiration date of the Policy.
**Notice: This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your State. State insurance insolvency guaranty funds are not available for your risk retention group.**


© ISO Properties, Inc., 2001

| FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): |
| --- |
| SIR Cover Notice, ABIC CLAIMS, IL DS 00 07 02, CG DS 01 10 01, IL 00 03 09 07, IL 00 17 11 98, CG 00 01 12 07, ABIC 99 01 1-19-2017, ABIC 25 00 05 19, CG 21 07 05 14, CG 21 39 10 93, ABIC 3000 03 04, ABIC 3004 03 04, ABIC 3005 05 04, IL 02 50 09 08, ABIC 3016 (07-2020), ABIC 3022 05 06, ABIC 3023 03 20, AB-2006-0013 05 06, AB-2006-0007 05 06, ABIC 40 67 02 12, ABIC 40 65 02 12, AB-2006-0010 05 06, AB-2006-0015 05 06, AB-2006-0017 (07-2020), AB-2006-0012 05 06, AB-2006-0019 05 06, ABIC 3063, ABIC 3087 0710, ABIC 3088 (07-2020), CG 21 67 12 04, CG 21 47 12 07, CG 21 55 09 99, CG 21 96 03 05, CG 22 24 07 98, CG 21 86 12 04, CG 22 31 07 98, CG 22 34 07 98,CG 22 43 07 98, CG 22 79 07 98, CG 21 32 05 09, IL 00 21 07 02, CG 00 67 03 05 , CG 22 42 11 85, ABIC 3064 (07-2020), AB-2006-0020 05 06, AB-2006-0004 05 06, AB-2006-0005 05 06, AB-2006-0008 05 06, AB-2006-0011 05 06, AB-2006-0014 05 06, ABIC 3013 (07-2020), ABIC 3081 0710, CG 21 46 07 98, ABIC 3042 05 09, ABIC 3059 (07-2020), CG 21 66 12 04, ABIC 3082 0710, ABIC 3083 0710, ABIC 3084 0710, ABIC 3085 0710, ABIC 3086 0710, ABIC 3080 0710, CG 21 90 01 06, ABIC 3089 (07-2020) |

| Countersigned:3/31/2021 2:51:45 PM | By: Steven Maloney Cleveland |
| --- | --- |
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

POLICY NUMBER: **ABIC010161-00**

| | |
|---|---|
| **American Builders Ins Co RRG, Inc**<br><br>**5151 Hampstead High St Ste 200**<br>**Montgomery AL, 36116** | **Appalachian Underwriters, Inc.**<br>**PO Box 800**<br>**Oak Ridge TN, 37831** |

NAME INSURED: **OSCAR ESCOBAR DBA B & A ROOFING CONSTRUCTION**

MAILING ADDRESS: **106 Forest Ln**

**La Vergne, TN 37086**

POLICY PERIOD: FROM **03/25/2021** TO **03/25/2022** AT 12.01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

NO FLAT CANCELLATIONS

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ **1,000,000** | |
| DAMAGE TO PREMISES RENTED TO YOU | $ **100,000** | Any one premises |
| MEDICAL EXPENSE LIMIT | $ **5,000** | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ **1,000,000** | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ **2,000,000** |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ **2,000,000** |

**RETROACTIVE DATE (CG 00 02 ONLY)**

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE", OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOW BELOW.

RETROACTIVE DATE: ____________________

(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

**DESCRIPTION OF BUSINESS**

FORM OF BUSINESS

☑ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☐ TRUST ☐ LIMITED LIABILITY COMPANY

☐ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION: **RESIDENTIAL ROOFING CONTRACTOR**

**NOTICE:**
Your Policy contains a "Minimum Earned Premium" Endorsement allowing the Company to retain at a minimum the greater of $500.00 or 15% of premium if the policy is terminated or cancelled prior to the expiration date of the Policy.

**NOTICE:**
This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT, OR OCCUPY |
| 1 | 106 Forest Ln<br>La Vergne TN , 37086 |

## CLASSIFICATION AND PREMIUM

| LOCATION NUMBER | CLASSIFICATION | CODE NO | PREMIUM BASE | RATE | | PREMIUM | |
|---|---|---|---|---|---|---|---|
| | | | | Prem Ops | Prod/Com Ops | Prem Ops | Prod/Com Ops |
| 1 | Roofing - residential | 98678 | $[redacted] | [redacted] | [redacted] | $[redacted] | $[redacted] |
| 1 | Contractors - Executive supervisors or executive superintendents | 91580 | $[redacted] | [redacted] | | $[redacted] | |
| 1 | Contractors - subcontracted work - in connection with building construction, reconstruction, repair or erection - one or two family dwellings | 91583 | $[redacted] | [redacted] | [redacted] | $[redacted] | $[redacted] |

**PREMIUM SHOWN IS PAYABLE:**

| | |
|---|---|
| STATE TAX OR OTHER (if applicable) | $[redacted] |
| POLICY FEE (if applicable) | $[redacted] |
| TOTAL PREMIUM (SUBJECT TO AUDIT) | $[redacted] |
| AT INCEPTION | [redacted] |
| AT EACH ANNIVERSARY | |
| IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS) | |

| AUDIT PERIOD (IF APPLICABLE) | ☑ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

## ENDORSEMENTS

ENDORSEMENTS ATTACHED TO THIS POLICY:

SIR Cover Notice, ABIC CLAIMS, IL DS 00 07 02, CG DS 01 10 01, IL 00 03 09 07, IL 00 17 11 98, CG 00 01 12 07, ABIC 99 01 1-19-2017, ABIC 25 00 05 19, CG 21 07 05 14, CG 21 39 10 93, ABIC 3000 03 04, ABIC 3004 03 04, ABIC 3005 05 04, IL 02 50 09 08, ABIC 3016 (07-2020), ABIC 3022 05 06, ABIC 3023 03 20, AB-2006-0013 05 06, AB-2006-0007 05 06, ABIC 40 67 02 12, ABIC 40 65 02 12, AB-2006-0010 05 06, AB-2006-0015 05 06, AB-2006-0017 (07-2020), AB-2006-0012 05 06, AB-2006-0019 05 06, ABIC 3063, ABIC 3087 0710, ABIC 3088 (07-2020), CG 21 67 12 04, CG 21 47 12 07, CG 21 55 09 99, CG 21 96 03 05, CG 22 24 07 98, CG 21 86 12 04, CG 22 31 07 98, CG 22 34 07 98, CG 22 43 07 98, CG 22 79 07 98, CG 21 32 05 09, IL 00 21 07 02, CG 00 67 03 05 , CG 22 42 11 85, ABIC 3064 (07-2020), AB-2006-0020 05 06, AB-2006-0004 05 06, AB-2006-0005 05 06, AB-2006-0008 05 06, AB-2006-0011 05 06, AB-2006-0014 05 06, ABIC 3013 (07-2020), ABIC 3081 0710, CG 21 46 07 98, ABIC 3042 05 09, ABIC 3059 (07-2020), CG 21 66 12 04, ABIC 3082 0710, ABIC 3083 0710, ABIC 3084 0710, ABIC 3085 0710, ABIC 3086 0710, ABIC 3080 0710, CG 21 90 01 06, ABIC 3089 (07-2020)

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: 03/31/2021 | By: [signature] |
|---|---|
| (Date) | (Authorized Representative) |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


© ISO Properties, Inc., 2006

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.


© ISO Properties, Inc., 2006

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © ISO Properties, Inc., 2006 

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".


© ISO Properties, Inc., 2006

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

 © ISO Properties, Inc., 2006 

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.


© ISO Properties, Inc., 2006

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or


© ISO Properties, Inc., 2006

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.


© ISO Properties, Inc., 2006

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and


© ISO Properties, Inc., 2006

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).


© ISO Properties, Inc., 2006

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A**; and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and


© ISO Properties, Inc., 2006

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2 "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".


© ISO Properties, Inc., 2006

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

c. All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.


© ISO Properties, Inc., 2006

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

 a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

 b. While it is in or on an aircraft, watercraft or "auto"; or

 c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

 but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

 a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

 b. Vehicles maintained for use solely on or next to premises you own or rent;

 c. Vehicles that travel on crawler treads;

 d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  (1) Power cranes, shovels, loaders, diggers or drills; or

  (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

 e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  (2) Cherry pickers and similar devices used to raise or lower workers;

 f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

   (a) Snow removal;

   (b) Road maintenance, but not construction or resurfacing; or

   (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

 However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

 a. False arrest, detention or imprisonment;

 b. Malicious prosecution;

 c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

 d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

 e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

 f. The use of another's advertising idea in your "advertisement"; or

 g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".


© ISO Properties, Inc., 2006

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.


© ISO Properties, Inc., 2006

**This endorsement modifies your policy. Please read it carefully.**

# SELF-INSURED RETENTION ENDORSEMENT

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

**Your policy contains a Self-Insured Retention of**

**$2,000.00 Per Claim**

**That applies to each Bodily Injury and or Property Damage Claim**

**Claim Service Provider:**

**US Administrator Claims P.O. Box 2005 Oak Ridge Tennessee 37831**

**Phone Claims First Reporting: 1-866-984-3318**

**Fax Claims First Reporting: 1-855-817-6016**

**Online Claims First Reporting:**

The Insurance provided by this policy is subject to the following additional provisions:

1. Our Limit of Liability (as stated in the policy) will apply in-excess of the Self-Insured Retention (shown in the schedule of this endorsement). Our obligation under the policy applies only after you have paid the full amount of the Self-Insured Retention.
2. The full amount of the Self-Insured Retention must be paid by you and not funded or paid by any other insurance. You understand and agree this provision is to provide you with a personal interest in and share of any "Claim" under this policy, and to provide incentive for you to avoid unnecessary or avoidable claims under the policy.
3. You are obligated to make payments for damages and "defense cost" up to the amount of your Self-Insured Retention shown in the schedule. These payments are before we have any obligation to pay damages or participate in any "defense cost". For the purposes of the endorsement, "defense cost" means: All costs of investigation and any legal cost incurred in your defense.
4. The Self-Insured Retention is primary and underlying to the insurance provided by this policy and can only by satisfied by those amounts paid by you for covered claims and "suits". Your bankruptcy, insolvency, or inability to pay your Self-Insured Retention amount shall not increase our obligation under this policy.

5. Your Self-Insured Retention applies on a per claim basis. This means the self-insured retention applies to all damages and "defense cost" covered by this policy sustained by any one person or organization as the result of any one "occurrence".

## Claims Reporting

All claim notices are to be reported to the claim service provider shown in the Schedule of this endorsement in a timely manner. In the event you do not report, within 30 days of the date you know or should have known of the claim or injury, we shall have the option, at our sole discretion, to deny coverage under this policy if your failure to report any such loss has prejudiced our rights under this policy.

Settlement of Claims

a. You are obligated to make payments for damages and "defense cost" up to the amount of your Self-Insured Retention.

b. You may not settle any claim or "suit" which exceeds your Self-Insured Retention without prior approval of your Claim Service Provider. We will not be responsible for the portion of any settlement made exceeding your Self-Insured Retention without prior approval of the claim service provider.

c. Our obligation for the investigation, defense, and settlement on any "occurrence", claim or "suit" begins when your payments equal your Self-Insured Retention.

d. You may report any claim expected to exceed your retention to your Claim Service Provider with the payment of your entire Self Insured Retention amount. The Claim Service Provider will then assume responsibility for the claim. If the ultimate claim payments are below your Self-Insured Retention, the difference will be returned to you.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SUPPLEMENTARY PAYMENTS INCLUDED WITHIN LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A. The following **replaces 1.a.** of the **Insuring Agreement** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**, medical expenses under Coverage **C**, or under Supplementary Payments - Coverages **A** and **B**.

B. The following **replaces 1.a.** of the **Insuring Agreement** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**, medical expenses under Coverage **C**, or under Supplementary Payments - Coverages **A** and **B**.

C. The last paragraph of **1.** of **Supplementary Payments - Coverages A AND B** of **Section I - Coverages** is **deleted** and **replaced** with the following:

These payments will reduce the limits of insurance.

D. The last two paragraphs of **2.** of **Supplementary Payments - Coverages A AND B** of **Section I -Coverages** are **deleted** and **replaced** with the following:

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will be deemed to be damages for "bodily injury" and "property damage" and will reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

a. We have used up the applicable limit of insurance in the payment of judgments, settlements, or Supplementary Payments; or

b. The conditions set forth above, or the terms of the agreement described in **2.f. Supplementary Payments – Coverages A and B of Section 1 – Coverages** are no longer met.

E. The following **replaces 2., 3., 4.** and **5.** of **Section III - Limits Of Insurance**:

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**c.** Damages under Coverage **B**; and

**d.** Supplementary Payments.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages, including Supplementary Payments, because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages, including Supplementary Payments, because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**;

**b.** Medical expenses under Coverage **C**; and

**c.** Supplementary Payments

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

All other terms and conditions of this policy remain unchanged.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

p. **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

B. The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.


© Insurance Services Office, Inc., 2013

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement.

 Copyright, Insurance Services Office, Inc., 1992 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - SUBSIDENCE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Subsidence**

"bodily injury", "property damage" or "personal and advertising injury" arising out of the "subsidence" of land and arising out of or attributable to any ongoing operation of the insured or performed on the insured's behalf or the "products/completed operations hazard".

This exclusion applies whether such "bodily injury", "property damage" or "personal and advertising injury" arises solely from "subsidence" or from "subsidence" in combination with other causes, whether natural or man made.

"Subsidence" means earth movement including but not limited to:

**(1)** Landslide;

**(2)** Mudflow;

**(3)** Earth sinking;

**(4)** Earth rising;

**(5)** Collapse or movement of fill;

**(6)** Improper compaction;

**(7)** Earth settling, slipping, falling away, caving in, eroding or tilting;

**(8)** Earthquake; or

**(9)** Any other movement of land or earth.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - CROSS SUITS

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Cross Suits**

"Bodily injury", "property damage" or "personal and advertising injury", as defined, initiated, alleged, or caused to be brought about by this policy against any other Named Insured or Additional Named Insured covered by this policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TENNESSEE CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

The refund will be pro rata if:

**a.** We cancel; or

**b.** The policy is cancelled at the request of a premium finance company that has financed this policy under a premium finance agreement.

The refund may be less than pro rata if the first Named Insured cancels the policy.

The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR MORE**

If this policy has been in effect for 60 days or more, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** Nonpayment of premium, including any additional premium, calculated in accordance with our current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

**2.** Your conviction of a crime increasing any hazard insured against;

**3.** Discovery of fraud or material misrepresentation on the part of either of the following:

**a.** You or your representative in obtaining this insurance; or

**b.** You in pursuing a claim under this policy;

**4.** Failure to comply with written loss control recommendations;

**5.** Material change in the risk which increases the risk of loss after we issued or renewed insurance coverage;

**6.** Determination by the insurance commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of Tennessee or any other state;

**7.** Your violation or breach of any policy terms or conditions; or

**8.** Other reasons that are approved by the insurance commissioner.

Notice of cancellation will state the reason for cancellation.

 ♥ ISO Properties, Inc., 2007 

Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 57 of 162 PageID #: 61

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and agent, at least 60 days before the expiration date unless:

**a.** We have offered to issue a renewal policy; or

**b.** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's addresses shown in the policy. If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** The following is added to the **Premiums** Common Policy Condition:

Whenever an insurance policy which is financed with a premium finance company is cancelled, the insurer shall return, within 30 days after the effective date of the cancellation, whatever gross unearned premiums are due under the insurance policy directly to the premium finance company for the account of the first Named Insured.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ANIMAL LIABILITY

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES,** paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the ownership, rental, maintenance or use of animals or reptiles including kennel operations.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**CONTRACTORS SPECIAL CONDITIONS**

This endorsement modified insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**Contractors**

As a condition precedent to us having any obligation to defend or indemnify any insured or additional insured for any claim for "bodily injury" or "property damage" based, in whole or in part, upon work performed by any contractor or subcontractor, the insured must have obtained, prior to the start of work and the date of the "occurrence" giving rise to the claim or "suit":

**a.** A written indemnity agreement from the contractor or subcontractor holding the insured harmless for all liabilities, including costs of defense, arising from the work of the contractor or subcontractor;

**b.** Certificates of insurance from the contractor or subcontractor indicating that the insured is named as an additional insured for both ongoing operations and completed operations on the contractor or subcontractor's General Liability policy of insurance, and that coverage is maintained with minimum limits of $1,000,000 per occurrence and $2,000,000 aggregate or to the same limits as the insured's policy;

**c.** Proof that the contractor or subcontractor has workers' compensation insurance if required by the state in which the job is located; and

**d.** Proof that all licenses and permits as required by local and/or state statute, regulation or ordinance are up to date.

The insured must maintain the records evidencing compliance with Paragraph **a.** through Paragraph **d.** for a minimum of ten (10) years from the expiration date of this policy. If these records are not maintained, we shall have no obligation to defend or indemnify any insured for work performed by contractors or subcontractors on your behalf.

The insurance provided by this policy shall be excess over and above any other valid and collectible insurance.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY

## PRODUCTS OR WORK EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

| **SCHEDULE** |
|---|
| **Products:** |
| **Work:** |

**This insurance does not apply to "your products" or "your work" completed prior to the policy period. Specifically, this insurance does not apply to:**

"Bodily injury", "property damage", "personal injury", "advertising injury", or "medical payments" included in the "products-completed operations hazard" and arising out of, or alleged to arise out of, any of "your products" manufactured, assembled, sold, handled or distributed by or on behalf of you prior to the date shone in the Schedule or "your work" performed by or on behalf of you prior to the date shown in the Schedule.

We will not defend any claim or suit, or pay any damages, loss, expense, cost, or obligation caused directly or indirectly by, arising out of, or alleged to arise out of, resulting from, contributed to, contributed by, or related in any way to "your products" manufactured, assembled, sold, handled or distributed by or on behalf of you prior to the date shown in the Schedule or "your work" performed by or on behalf of you prior to the date shown in the Schedule.

If no date appears in the schedule, the effective date is the inception date of this policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability**, Paragraphs **14.d. and 14.e.** of the **Definitions** section do not apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – OPEN FLAME

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Open Flame**

"Bodily injury," "property damage" or "personal and advertising injury" arising out of, directly or indirectly resulting from or in consequence of, or in any way involving an open flame in the removal of paint or any other coating.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DEMOLITION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to:

**Demolition**

**(1)** "Bodily injury" or "property damage" arising out of any blasting operations;
**(2)** "Bodily injury" or "property damage" arising from the use of a "ball and chain" or similar apparatus;
**(3)** "Bodily injury" or "property damage" arising out of the demolition of any building or structure which has an original height in excess of three stories or original height in excess of fifty (50) feet; or
**(4)** "Property damage" to any abutting, adjoining, common or party wall.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NON-STACKING OF LIMITS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

SECTION III- LIMITS OF INSURANCE, Paragraph 5, is amended to add the following: However, if an "occurrence" causes "bodily injury" and/or "property damage" for which coverage is provided for an insured or insureds under this policy and for one or more of the same insureds under one or more other policies issued by us or an affiliated company, the total payable under all policies for the sum of damages under Coverage A and medical expenses under Coverage C is limited to the highest Each Occurrence Limit on any of the policies that provide coverage for one or more of the same insureds.

This endorsement does not apply to any policy that is written as specific excess insurance.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## WRAP- UP EXCLUSION

This Endorsement shall not serve to increase our limits of insurance, as described in **SECTION** III - **LIMITS OF INSURANCE.**

In consideration of the payment of premiums, it is hereby agreed that the following changes are incorporated into the policy

> This insurance does not apply to any work insured under a consolidated (Wrap Up) Insurance Program and this insurance shall have no obligation to defend or indemnify for any claim or any project where such wrap up insurance exists or has ever existed.
>
> This exclusion applies whether or not a claim is covered under such wrap-up insurance, the limits of such wrap-up insurance are exhausted, the carrier is unable to pay or for any other reason.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - INTENTIONAL INJURY

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion a. Expected or Intended Injury under SECTION 1-COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, is deleted and replaced with the following:

2. Exclusions

This insurance does not apply to:

a. Intentional Injury

i. Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of any insured; or

ii. Assault and Battery

"Bodily injury" or "property damage" arising out of:

(a) Assault

(b) Battery

(c) Harmful or offensive contact between or among two or more persons,

(d) Apprehension of harmful or offensive contact between or among two or more persons,

(e) Threat by word or deed.

These exclusions apply regardless of:

I. Whether or not the acts are alleged to be by or at the direction of any insured,

II. Whether or not the acts arose out of the alleged failure of any insured in the hiring or supervision of any person, or

III. Whether or not the acts arose out of the alleged failure of any insured to prevent or suppress such acts.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Punitive or Exemplary Damage**

Any sums that the insured becomes legally obligated to pay for punitive, exemplary or multiple damages.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**EXCLUSION - ROOFING LIMITATION**

This endorsement modified insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION I - COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Roofing Limitation**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

**(a)** The handling, storage or transportation of hot tar or any other heated substance; or

**(b)** Any job site where you are working, or have worked, on a roof of a building or structure, whether work is completed or not, in excess of three (3) stories or thirty-six (36) feet in height;

**(2)** "Bodily injury" or "property damage" caused by fire resulting from the application of heat from any source to roofing materials or to roofs whether removing roofs or roofing materials or installing roofs or roofing materials; or

**(3)** "Bodily injury" or "property damage" caused by or resulting from the intrusion of rain, snow, sleet or hail for any reason, including the negligence of any insured, additional insured or individuals acting on behalf of any insured or additional insured during the course of "roofing operations".

As used in the endorsement, the following is added to **SECTION V – DEFINITIONS:**

"Roofing operations" is defined to mean removal of any existing roofing material or the application of roofing material, including the necessary preparation and clean up.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that 15.00 % of the annual premium is fully earned as of the inception date of this policy.

AB-2006-0012 (05-06)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - TORCH DOWN AND TORCH ON ROOFING

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Torch Down and Torch On**

"Bodily injury," "property damage" or "personal and advertising injury" arising out of, directly or indirectly resulting from or in consequence of, or in any way involving, a wand, open flame, torch and/or heat applications commonly referred to in the roofing industry as "torch down" and/or "torch on."

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ CAREFULLY.

## EXCLUSION- STATE OF NEW YORK

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART SCHEDULE**

**Description of designated activities - ALL**

**Specified location (If Applicable) – ANY LOCATION(S) IN THE STATE OF NEW YORK**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion shall apply to **COVERAGE A, COVERAGE B** and **COVERAGE C** and the Company shall have no duty to defend any insured;

This insurance does not apply to any loss, claim or suit arising out of ongoing operations, completed operations, products or contractual obligations regardless of whether such activities are or were conducted by you or on your behalf or whether the activities are or were conducted for yourself or for others. Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, a construction site, or premises whose connection is interrupted only by the street, roadway, waterway or right-of-way of a railroad.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – SNOW AND ICE REMOVAL

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

We do not cover any claim loss, costs or expense for "bodily injury" or "property damage" arising from "your" operations or completed operations for the removal or relocation of snow and/or ice from any surface including, but not limited to any street, road, highway, sidewalk, walkway, patio, platform or roof. This exclusion does not apply if "you" remove snow or ice from any premises whose address is shown on the policy that you own or rent.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**EXCLUSION – INCOMPLETE OR ABANDONED WORK**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION I – COVERAGES**, paragraph **2**. Exclusions of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph 2. Exclusions of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to:

**Incomplete or Abandoned Work**

Any allegation, claim or "suit" for "bodily injury" or "property damage":

**(1)** Based on your failure to complete "your work". For purposes of this exclusion, "your work" willbe deemed complete at the earliest of the following times:
- **(a)** When all of the work called for in your contract has been completed.
- **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
- **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization.

"Your Work" will be deemed incomplete if it does not meet the definition of complete above.

**(2)** Based on work you abandon for any reason. For purposes of this exclusion, "your work" will be deemed abandoned when any insured is alleged to have ceased, forsaken, left or deserted any work, project or jobsite for any reason, including, but not limited to:
- **(a)** Nonpayment to the insured.
- **(b)** Any insured, or any person or entity the insured works for, being forced off the project by any person or entity for any reason including civil unrest, project conditions, weather or natural disaster.
- **(c)** Refusal by any person or entity to allow completion of the work.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.


© ISO Properties, Inc., 2006


Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 76 of 162 PageID #: 80

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".


Copyright, Insurance Services Office, Inc., 1998

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – INSPECTION, APPRAISAL AND SURVEY COMPANIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for which the insured may be held liable because of the rendering of or failure to render professional services in the performance of any claim, investigation, adjustment, engineering, inspection, appraisal, survey or audit services.

 Copyright, Insurance Services Office, Inc., 1997 

Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 79 of 162 PageID #: 83

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or
2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;
2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;
3. A reinforced or unreinforced base coat;
4. A finish coat providing surface texture to which color may be added; and
5. Any flashing, caulking or sealant used with the system for any purpose.


© ISO Properties, Inc., 2003

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – RIOT, CIVIL COMMOTION OR MOB ACTION – GOVERNMENTAL SUBDIVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. Riot, civil commotion or mob action; or
2. Any act or omission in connection with the prevention or suppression of a riot, civil commotion or mob action.

 Copyright, Insurance Services Office, Inc., 1997 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

 Copyright, Insurance Services Office, Inc., 1997  ☐

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

 Copyright, Insurance Services Office, Inc., 1997  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

  **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

  **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

**2.** Subject to Paragraph **3.** below, professional services include:

  **a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

  **b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

 Copyright, Insurance Services Office, Inc., 1997  o

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008 

Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 85 of 162 PageID #: 89

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

(Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.


© ISO Properties, Inc., 2001


Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 86 of 162 PageID #: 90

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2001

Case 3:26-cv-01315 Document 1-1 Filed 09/14/26 Page 87 of 162 PageID #: 91

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.


© ISO Properties, Inc., 2004

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – EXISTENCE OR MAINTENANCE OF STREETS, ROADS, HIGHWAYS OR BRIDGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

With respect to streets, roads, highways or bridges you own, maintain, construct or control, this insurance does not apply to "bodily injury" or "property damage" arising out of:

1. The existence of streets, roads, highways, bridges, sidewalks, culverts, parking meters, traffic lights and signs, street benches and decorations, public refuse receptacles, safety zone stanchions, light and telephone poles, trees, water hydrants and alarm boxes;
2. The maintenance of the items listed in 1. above, including operations such as ditch cleaning; dragging; dust laying; dusting; erecting or removing of snow fences, road markers, signs or guard rails; maintaining guard rails and posts; oiling; patching; planting on rights-of-way; removing brush; repairing or maintaining culverts; road marking; snow removal; spraying and fumigating; spreading gravel; street cleaning; street or road maintenance; street or road paving or repaving, surfacing, resurfacing or scraping; tarring or sanding; tree pruning; weed or grass cutting; or
3. The ownership, maintenance, operation, use, "loading or unloading" of "mobile equipment" maintained by or for you for use in connection with the activities described in 2. above.

 Copyright, Insurance Services Office, Inc., 1984 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**CONDOMINIUM, APARTMENT, TOWNHOUSE OR TRACT HOUSING PROJECT COVERAGE LIMITATION ENDORSEMENT**

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION I – COVERAGES**, paragraph **2**. Exclusions of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2.** Exclusions of **COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to:

**Condominium, Apartment and Townhouse Project**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of or related to an insured's or an insured's sub-contractor's operations, "your work" or "your product" that are incorporated into a condominium, apartment or townhouse project. This exclusion applies only to projects that exceed ten (10) units. This exclusion does not apply if "your work" or "your product" occurs after the condominium, apartment or townhouse project has been completed and certified for occupancy, unless "your work" or "your product" is to repair or replace "your work" or "your product" that occurred prior to completion and certification for occupancy.

**Tract Housing Project**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of or related to an insured's or an insured's sub-contractor's operations, "your work" or "your product" that are incorporated into a "tract housing project or development".

This exclusion does not apply if "your work" or "your product" occurs after the "tract housing project or development" has been completed and certified for occupancy, unless "your work" or "your product" is to repair or replace "your work" or "your product" that occurred prior to completion and certification for occupancy.

As used in the endorsement, the following is added to **SECTION V – DEFINITIONS:**

"Tract housing" or "tract housing project or development" means any housing project or development that includes the construction, repair or remodel of ten (10) or more residential buildings in any or all phases of the project or development.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UNDERGROUND UTILITYLOCATION CONDITION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**Underground Utility Location**

It is a condition precedent to coverage that before the insured commences any digging, excavation, boring or similar underground work, a local locator service must come to the job site and mark all underground lines, pipes, cables and underground utilities. The insured must obtain a written response from the locator service, and the work must be completed during the time the locator ticket is in effect.

If this is not done, coverage under this policy is voided for any "suit," claim, loss, costs or expenses arising out of such digging operations.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION I – COVERAGES,** paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Asbestos**

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened exposure at any time to "asbestos"; or

**(2)** Any loss, cost or expense that may be awarded or incurred:

**(a)** by reason of a claim or "suit" for any such injury or damage; or

**(b)** in complying with a governmental direction or request to test for, monitor, clean up, remove, contain or dispose of "asbestos".

"Asbestos" means the mineral in any form whether or not the "asbestos" was at any time:

**(1)** airborne as a fiber, particle or dust;

**(2)** contained in or formed a part of a product, structure or other real or personal property;

**(3)** carried on clothing;

**(4)** inhaled or ingested; or

**(5)** transmitted by any other means.

This exclusion shall apply without regard to the allegations or basis of the insured's liability,

Notwithstanding the provisions of this policy regarding the obligation to defend you, where a "suit" is based in whole or in part upon "bodily injury" , "property damage" or "personal and advertising injury", liability for which coverage is excluded by this endorsement; we shall have the right, but not the obligation, to defend said "suit". If we exercise the right to defend said "suit" we shall have the obligation to pay for the defense, but if we do not exercise the right to defend, we shall have no obligation to pay for the defense.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CHROMATED COPPER ARSENATE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Chromated Copper Arsenate**

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened exposure at any time to chromated copper arsenate (CCA), whether such CCA is in pure form or is or was combined with any other chemical product or material, and whether the existence of or exposure to CCA is or is alleged to have caused damage in any sequence or combination with, or contributed to or was contributed to by any other cause or causes of injury or damage; or

**(2)** Any loss, cost or expense that may be awarded or incurred by reason of a claim or "suit" for any such injury or damage. This includes any injury or damage caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of CCA or property containing CCA and includes any liability, cost or expense to remediate or prevent "bodily injury", "property damage" or "personal and advertising injury" from CCA.

This exclusion shall apply without regard to the allegations or basis of the insured's liability.

Notwithstanding the provisions of this policy regarding the obligation to defend you, where a "suit" is based in whole or in part upon "bodily injury", "property damage" or "personal and advertising injury", liability for which coverage is excluded by this endorsement; we shall have the right, but not the obligation, to defend said "suit." When we do not elect to defend you in such "suit", we shall reimburse you for the reasonable attorneys' fees and litigation expenses incurred by you, in accordance with the conditions of this policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – FORMALDEHYDE

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added **to SECTION I - COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **paragraph 2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY:**

This insurance does not apply to:

Formaldehyde

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened exposure at any time to formaldehyde, whether the formaldehyde is in pure form or is or was combined with anyother chemical product or material, and whether the existence of or exposure to formaldehyde has caused, or contributed to cause, damage in any sequence or combination.

**(2)** Any damages, loss, cost or expense that may be awarded or incurred by reason of a claim or "suit" for any such injury or damage. This includes any injury or damage caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of formaldehyde or property containing formaldehyde and includes any liability, cost or expense to remediate or prevent "bodily injury," "property damage" or "personal and advertising injury" from formaldehyde.

This exclusion shall apply without regard to the allegations or basis of the insured's liability.

Notwithstanding the provisions of this policy regarding the obligation to defend you, where a "suit" is based in whole or in part upon "bodily injury," "property damage" or "personal and advertising injury", liability for which coverage is excluded by this endorsement; we shall have the right, but not the obligation, to defend said "suit." If we exercise the right to defend said suit we shall have to obligation to pay for the defense, but if we do not exercise the right to defend, we shall have no obligation to pay for the defense.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Lead**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the manufacture, distribution, sale, resale, re-branding, installation, repair, removal, encapsulation, abatement, replacement or handling of, or exposure to, lead paint or any product containing lead.

This exclusion shall apply without regard to the allegations or basis of the insured's liability.

Notwithstanding the provisions of this policy regarding the obligation to defend you, where a "suit" is based in whole or in part upon "bodily injury" , "property damage" or "personal and advertising injury", liability for which coverage is excluded by this endorsement; we shall have the right, but not the obligation, to defend said "suit". If we exercise the right to defend said "suit" we shall have the obligation to pay for the defense, but if we do not exercise the right to defend, we shall have no obligation to pay for the defense.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - PENDING AND PRIOR LITIGATION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to **SECTION I – COVERAGES**, paragraph **2. Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **COVERAGE B. PERSONAL AND ADVERTISING LIABILITY**:

This insurance does not apply to:

**Pending and Prior Litigation**

"Bodily injury," "property damage" or "personal and advertising injury" arising from all pending or prior litigation as well as all future claims arising out of said pending or prior litigation.

For the purposes of this exclusion:

**(1)** Injury or damage is known to any insured when any insured is aware or reasonably should be aware that the injury or damage has occurred; and

**(2)** Knowledge of "bodily injury" or "property damage" arising from an "occurrence" or "personal and advertising injury" arising from an offense constitutes knowledge of all injury or damage caused by the same "occurrence" or offense.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**EXCLUSION – EMPLOYER'S LIABILITY**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Paragraph **e. Employer's Liability** of **2. Exclusions** under **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

**e. Employer's Liability**
"Bodily injury" to:

**(1)** Any person who is working in any capacity, with or without compensation or permission, on behalf of any insured, additional insured or contractor hired or retained by an insured or additional insured, including but not limited to, an "employee", "leased worker", "temporary worker" and "volunteer worker"; or

**(2)** Any spouse, partner, child, parent, brother, sister, or any other relative of any person described in Paragraph **(1)** above, as a consequence of "bodily injury" to such person described in Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether any insured or additional insured may be liable as an employer or in any other capacity;

**(2)** To any obligation to share damages with or repay any other person or entity who must pay damages because of the "bodily injury"; and

**(3)** To liability assumed by any insured or additional insured for such "bodily injury" under an "insured contract".

Paragraph **a. Any Insured** of **2. Exclusions** under **SECTION I – COVERAGES, COVERAGE C MEDICAL PAYMENTS** is replaced by the following:

**a. Any Insured**
To any insured.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - ASSAULT AND BATTERY

---

1. This insurance does not apply to and we have no duty to defend any claims or "suits" for “bodily injury”, "property damage" or “personal and advertising injury" arising in whole or in part out of:

   a) the actual or threatened assault and/or battery whether caused by or at the instigation or direction of any insured, his employees, patrons or any other person;

   b) the failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault and/or battery;

   c) the negligent.

      (i) employment;
      (ii) investigation;
      (iii) supervision;
      (iv) training;
      (v) retention;

      of any person for whom any insured is or ever was legally responsible and whose conduct would be excluded by
      (a) or (b) above.

   d) any actual or alleged injury arising out of any combination of an assault and/or battery-related cause and a non-assault or battery-related cause;

   e) any actual or alleged injury arising out of a chain of events which includes assault and/or battery, regardless of whether the assault and/or battery is the initial precipitating event or a substantial cause of injury;

   f) any actual or alleged injury arising out of assault and/or battery as a concurrent cause of injury, regardless of whether the assault and/or battery is the proximate cause of injury; or

   g) claims arising out of, caused by, resulting from, or alleged, in whole or in part, by any insured's failure to thwart, foil, avoid, hinder, stop, lessen or prevent any attack, fight, assault and/or battery, theft, or crime.

1 For the purposes of this endorsement, the words, "assault and/or battery" are intended to include, but are not limited to, sexual assault.

2 For the purposes of this endorsement, the words, "assault and/or battery" are intended to include, but are not limited to, injury of any kind resulting from the use, or threatened use, of a gun, firearm, knife or weapon of any kind.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

 Copyright, Insurance Services Office, Inc., 1997 

# Coverage Changes for Logging and Lumbering Operations

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The following is added to **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE**, Paragraph **2. Exclusions**:

**Property Damage Due To Fire**

"Property Damage" due to fire with respect to logging and lumbering operations by you or for you.

**B.** The following are added to **SECTION III - LIMITS OF INSURANCE**:

**8.** The most we will pay for "property damage" arising out of the "accidental overcut of timber" is limited to the lesser of:

**a.** $50,000 per "occurrence"; or

**b.** 80% of the amount you are legally obligated to pay for "property damage" from such "occurrence".

**9.** The most we will pay for damage to any one vehicle while being loaded or unloaded is $25,000, less a deductible of $1,000.

**C.** For purposes of this endorsement,

**1.** "Accidental overcut of timber" shall mean the cutting of timber by or for you from land where you were not legally entitled to cut as a result of a bonafide mistake or error regarding the boundaries of the land where you were legally entitled to cut.

**2.** All "accidental overcut of timber" from the same land or property shall be considered a single "occurrence" regardless of the number of trees cut and the duration of the harvesting.

**3.** "Property damage" shall not include the value of any timber sold or retained by you from an accidental overcut.

**4.** Should we advance on your behalf any portion of payment beyond the amount we are required to pay as stated above, you shall promptly reimburse us for the amount advanced on your behalf.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **2.a. Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a.** To any insured.

**B.** Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is amended as follows:

**1.** Paragraph **g.** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

**(1)** Owned or operated by or rented or loaned to any insured; or

**(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

This exclusion applies even if the claims against the insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

 © ISO Properties, Inc., 2003 

C. Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

      **(1)** "Bodily injury" or "personal and advertising injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by,

         **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.


© ISO Properties, Inc., 2003

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COMMERCIAL/INDUSTRIAL BOILERS OR PRESSURE VESSELS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

We do not cover any claim, loss, costs or expense for "bodily injury," "property damage" or "personal and advertising injury" arising out of "Your work" or "Your product" on commercial or industrial boilers or pressure vessels. This includes, but is not limited to, any of the following:

- Installation
- cleaning
- repair
- servicing
- inspection

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – EMOTIONAL DISTRESS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

We do not cover any claim, loss, costs or expense for "bodily injury," "property damage," or "personal and advertising injury" arising out of:

- emotional distress
- mental anguish
- humiliation
- mental distress
- mental injury
- mental suffering
- worry
- concern
- disappointment
- annoyance
- anxiety
- inconvenience
- depression
- dissatisfaction
- shock to the nervous system, or
- any physical manifestation of any of the forgoing, or
- any similar injury

Unless it arises out of actual physical injury to that person.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDED DEFINITIONS - USE OF EXTRINSIC EVIDENCE

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Section V – DEFINITIONS; 3. is amended by adding this paragraph to the Commercial General Liability Coverage Part, CG0001:

> We may look at extrinsic evidence outside of the facts plead by any claimant to determine whether a lawsuit is seeking "bodily injury".

Section V – DEFINITIONS; 14. h. is added to the Commercial General Liability Coverage Part, CG0001:

h. We may look to extrinsic evidence outside of the facts plead by any claimant to determine whether a lawsuit is seeking "personal and advertizing injury."

Section V – DEFINITIONS, 17. c. and d. are added to the Commercial General Liability Coverage Part, CG0001:

c. "Property damage" does not include any cost or expense to repair, replace or complete any work to any property that you (or any insured) are otherwise obligated to repair, replace or compete pursuant to the terms of any contract with any person.
b. We may look to extrinsic evidence outside of the facts plead by any claimant to determine whether a lawsuit is seeking "property damage."

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY

# LIMITATION – LAWN CARE SERVICES

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Paragraph **(1)(d)** of exclusion **f.** under Section **1 – Coverage A – Bodily Injury And Property Damage Liability** does not apply to "Bodily Injury" arising from the proper use of "over-the-counter" herbicides or pesticides applied according to the manufacturers instructions, by an insured on lawns under your regular care.

For the purposes of this endorsement "over-the-counter" (also referred to as "general use") means: Products that are intended to be applied by consumers only on their own lawns, gardens or shrubs according to the manufacturers instructions. Furthermore, these are products that can be found at most hardware, lawn and garden or home improvement retail stores.

It is understood and agreed that "Property Damage" arising from any application of pesticides or herbicides to lawns, shrubs, gardens or trees is excluded.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – WIND DRIFT/OVERSPRAY

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

We do not cover any claim, loss, costs or expense for "property damage" due to wind drift or overspray arising from any operation performed by any "insured" or any contractors or subcontractors working for or acting on behalf of any "insured".

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – TOXIC DRYWALL AND SIMILAR PRODUCTS

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to:

1) "bodily injury, "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration or escape of any solid, liquid, gaseous radioactive or thermal irritant or contaminant from any "toxic drywall or similar product".

2) Any loss, cost or expense arising out of any:

   a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, any "toxic drywall or similar product"; or

   b) Claim or "suit" by or on behalf of governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, any "toxic drywall or similar product".

This endorsement applies whether or not the actual, alleged or threatened discharge, dispersal, seepage, migration or escape of any such irritant or contaminant is or may be contained entirely within the structure of which any "toxic drywall or similar product" is a part.

"Toxic drywall or similar product" means drywall, gypsum board, wallboard, plasterboard or any similar product, including any additive to or other treatment of such product, from which any solid, liquid, gaseous, radioactive or thermal irritant or contaminant, has, is alleged to have, or threatens to discharge, disperse, seep, migrate or escape.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:
   a. That involve the following or preparation for the following:
      (1) Use or threat of force or violence; or
      (2) Commission or threat of a dangerous act; or
      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and
   b. When one or both of the following applies:
      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.
2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or
2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or
3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or


© ISO Properties, Inc., 2004

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigur e-ment; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** or **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.


© ISO Properties, Inc., 2004

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**THIRTY-DAY RECORD PRODUCTION**

---

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

The following is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

As a condition precedent to coverage for any claim arising under this policy, you must provide to us, within thirty days of claim submission, all "records" related to the alleged "occurrence". If no such "records" exist, you must submit, within the thirty-day period following claim submission, a "No Records Affidavit" affirming that no "records" related to the "occurrence" exist.

If you fail to produce such "records" or a "No Records Affidavit" within thirty days of claim submission, we will have no obligation to defend or indemnify you for the "occurrence". Submission of "records" or a "No Records Affidavit" after expiration of the thirty-day deadline will not eliminate our right to disclaim the duty to defend or the duty to indemnify you for the "occurrence".

As claims may arise years after work is performed, you must maintain "records" for a minimum of ten years after the work is performed.

-----------------------------------------------------------------------------------

Under this endorsement only, "records" includes, but is not limited to, contracts, contractor and subcontractor agreements, material and labor invoices, photographs, emails, work logs, building inspector approvals, occupancy permits, documents indicating when your work began and was completed, accident reports, and other documents created in the ordinary course of your business operations.

**IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE**

EXHIBIT B

| | | |
|---|---|---|
| **GOODRUM CONSTRUCTION, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO.** ___________ |
| **BA ROOFING, LLC,** | ) | **JURY DEMAND** |
| **Defendant** | ) | |

**COMPLAINT**

Comes now the Plaintiff, Goodrum Construction, LLC (hereinafter "Goodrum" or "Plaintiff"), and for its cause of action states as follows:

1. Goodrum Construction, LLC is a Tennessee limited liability company, with its principal place of business located at 249 Cargile Lane in Nashville, Tennessee, 37205.

2. Defendant BA Roofing, LLC (hereinafter "BA Roofing") is a Tennessee limited liability company, with its principal place of business at 114 Center Street in La Vergne, Tennessee, 37086. The records of the Tennessee Secretary of State reflect that BA Roofing may be served via its registered agent, which is Oscar Escobar, at 114 Center Street, La Vergne, Tennessee, 37086

3. This Complaint concerns certain construction services which were performed at the Church of the Assumption, and associated buildings (hereinafter, "Assumption Church"), located in Nashville, Davidson County, Tennessee.

4. This Court has jurisdiction over this matter pursuant to Tenn. Code Ann. § 16-10-101, *et seq.*

5. Venue is proper in Davidson County pursuant to Tenn. Code Ann. § 20-4-101, *et seq.*

6. Assumption Church sustained extensive damage during the March 2020 tornado outbreak in Nashville, which is alleged to have required the performance of certain restoration and reconstruction work.

7. Assumption Church retained Goodrum to serve as general contractor for certain restoration and construction work. The scope of this work included the replacement of the roofs of four buildings at Assumption Church, including the church building, rectory, parochial school building, and parish office building (collectively, the "Site").

8. QE Construction, LLC was selected by Assumption Church to perform the roofing work at the Site as a subcontractor to Goodrum and entered into a written Subcontractor Agreement with Goodrum.

9. QE Construction, LLC entered into written subcontracts with BA Roofing in 2021 and 2022 to perform all or part of the roofing work at the Site, within the scope of Goodrum's contractual obligations to Assumption Church. The scope of this roofing work included the removal and replacement of the roofing at the Site, as well as work on associated components, including but not limited to flashing, downspouts, and gutters.

10. Roofing work at the Site was performed by BA Roofing in 2021 and 2022.

11. Subsequent to the completion of the roofing work at the Site, Assumption Church, by and through its legal representatives, made various claims regarding the quality of the roofing work performed by BA Roofing.

12. Assumption Church has alleged, inter alia, that the roofing work was performed negligently, improperly, and/or in a manner that failed to comply with applicable plans, specifications, and industry standards, and/or is otherwise defective, and which has resulted in Assumption Church sustaining damage, including but not limited to ongoing repair costs.

13. Assumption Church has set forth a demand to resolve the claims and allegations relating to the roofing work performed by BA Roofing at the Site. The demand has been communicated to BA Roofing.

14. BA Roofing has failed to take remedial action, make repairs, or take other action to resolve the claim asserted by Assumption Church arising from BA Roofing's work.

15. Goodrum incurred, and will continue to incur, costs, expenses, and potential liability as a result of BA Roofing's alleged acts and omissions. As a result of BA Roofing's failure to make repairs or take remedial action, Goodrum is exposed to potential liability for BA Roofing's allegedly defective work.

**COUNT I: NEGLIGENCE**

16. Goodrum realleges and incorporates by reference the preceding paragraphs.

17. BA Roofing owed Goodrum and Assumption Church a duty to perform its work in a workmanlike manner and in accordance with the applicable standard of care, industry standards, plans, specifications, and the contract entered into between QE Construction and BA Roofing.

18. BA Roofing owed Goodrum and Assumption Church a duty to perform its work without defects.

19. As a subcontractor on the project, BA Roofing owed Goodrum a duty to perform its work in a manner so as not to expose Goodrum to liability to third parties, including Assumption Church.

20. BA Roofing has been alleged by Assumption Church to have breached its duty by performing its work negligently and defectively and failing to remedy the alleged defects.

21. As a direct and proximate result of BA Roofing's alleged negligence, Goodrum has suffered and continues to suffer damages, including exposure to Assumption Church's claims for

the cost of repair or replacement of BA's work, and attorney and expert fees, expenses, and other damages arising from BA Roofing's acts or omissions.

**COUNT II: COMMON LAW IMPLIED INDEMNIFICATION**

22. Goodrum realleges and incorporates by reference the preceding paragraphs.

23. BA Roofing owed Goodrum and Assumption Church a duty to perform its work in a workmanlike manner and in accordance with the applicable standards of care, industry standards, plans, specifications, and BA Roofing's contracts with QE Construction.

24. BA Roofing performed work that formed an integral part of Goodrum's scope of work at Assumption Church. BA Roofing knew or reasonably should have known that Goodrum would potentially be held responsible by Assumption Church for the quality, workmanship, and compliance of that work with the applicable standards of care, industry standards, plans, specifications, and the contract executed on behalf of BA Roofing.

25. BA Roofing owed Goodrum a duty to perform its work in a manner so as not to expose Goodrum to liability to third parties, including Assumption Church.

26. It has been alleged that BA Roofing breached these duties by performing its work in a negligent, defective, substandard, or non-conforming manner by Assumption Church.

27. Assumption Church has asserted claims and demands against Goodrum, including a demand for repair costs for damages arising from the allegedly defective work performed by BA Roofing.

28. Goodrum has been required to address and investigate the alleged negligent or defective work performed by BA Roofing and has incurred expenses in the form of attorney and expert fees. As a result of BA Roofing's acts, and failure to act, Goodrum is exposed to liability, damages, costs, fees, or other losses proximately resulting from BA Roofing's acts or omissions.

29. Any liability or damages that Goodrum may incur to Assumption Church as a result of the allegedly negligent, deficient, or defective work performed by BA Roofing will have been caused primarily and proximately caused by BA Roofing's wrongful acts and omissions and breach of duty.

30. Goodrum is therefore entitled to be indemnified by BA Roofing for all such sums that Goodrum may become obligated to pay arising from and as a result of BA Roofing's acts or omissions, including potential exposure to the Assumption Church's claims, costs of repair or replacement, attorneys' fees and expenses, and other damages arising from BA Roofing's wrongful acts or omissions.

## COUNT III: CONTRIBUTION

31. Goodrum realleges and incorporates by reference the preceding paragraphs.

32. Without admitting any fault on the part of Goodrum, to the extent that Goodrum and BA Roofing are found to be jointly or concurrently liable for the alleged defects or damages claimed by Assumption Church, Goodrum is entitled to contribution from BA Roofing for BA Roofing's proportionate share of any damages, costs, or expenses assessed against Goodrum.

33. BA Roofing's acts and omissions have been alleged to be a direct and proximate cause of the damages alleged by Assumption Church, and BA Roofing should bear its equitable share of responsibility.

34. Goodrum thus seeks recovery from BA Roofing for all sums that may be paid by Goodrum in excess of its proportionate share of fault, if any, together with costs, interest, and attorneys' fees as permitted by law.

**PRAYER FOR RELIEF**

Wherefore, Goodrum Construction, LLC respectfully requests that judgment be entered in its favor and against BA Roofing, LLC as follows:

1. For all damages sustained by Goodrum Construction proximately resulting from the wrongful acts and omissions of BA Roofing arising from the claims that the work performed by BA Roofing at the Assumption Church site was defective, or failed to comply with the applicable standard of care, industry standards, plans, specifications, and/or the contract execute on behalf of BA Roofing.

2. For indemnification of any and all sums Goodrum Construction, LLC may be required to pay to Assumption Church or others arising from the work performed by BA Roofing, LLC, including legal fees and expenses incurred in connection with the claim asserted against Goodrum Constructions by Assumption Church.

3. Alternatively, for contribution.

4. For compensatory damages in an amount to be proven at trial;

5. That BA Roofing, LLC be taxed with the costs of this action, including discretionary costs, and;

6. For further and general relief as justice may require.

Respectfully submitted,

*s/ Daniel P. Berexa*
Daniel P. Berexa (#15158)
Nicholas A. Casseb (#40910)
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, Tennessee 37228
(615) 244-1440
dpberexa@cclawtn.com
nacasseb@cclawtn.com

**IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE**
**AT NASHVILLE**

EXHIBIT
C

**QE CONSTRUCTION, LLC d/b/a**
**QUALITY EXTERIORS,**

**Plaintiff,**

**Case No.:**

**vs.**

**BA ROOFING, LLC,**

**Defendant.**

# COMPLAINT

Comes now the Plaintiff, QE Construction, LLC d/b/a Quality Exteriors ("QE"), and hereby files this Complaint against BA Roofing, LLC (hereinafter, "BA Roofing"), and states its cause of action as follows:

1. QE Construction, LLC is a Tennessee Limited Liability Corporation with its principal offices located at 9068 Franklin Road, Murfreesboro, Tennessee 37128.

2. BA Roofing, LLC is a Tennessee Limited Liability Corporation with its principal place of business at 114 Center Street, LaVergne, Tennessee 37086. It can be served process through its registered agent for service of process, Oscar Escobar at 114 Center Street, LaVergne, Tennessee 37086.

3. Jurisdiction and venue are appropriate in Davidson County, Tennessee based on Tenn. Code Ann. § 16-10-101, *et seq.* and Tenn. Code Ann. § 20-4-101, *et seq.*, respectively.

4. This Complaint concerns construction services which were performed pursuant to a contract between QE and BA Roofing at the Church of the Assumption and associated

structures/buildings (hereinafter, "Assumption Church"), located in Davidson County, Tennessee.

5. Assumption Church sustained property damage to several of its structures as the result of a tornado on or around March 2020.

6. As a result of the property damage sustained in March 2020, Assumption Church contracted for certain restoration and construction services to remedy said damage.

7. Assumption Church retained Goodrum Construction, LLC (hereinafter, "Goodrum") to serve as general contractor for the restoration and construction services.

8. Goodrum's scope of the work included replacing the roofs of four buildings at Assumption Church, including the main church building, rectory, parochial school building, and parish office building (collectively, the "Construction Site").

9. Goodrum contracted with QE to perform the roofing work at the Construction Site as a subcontractor to Goodrum and entered into a written Subcontractor Agreement with Goodrum.

10. QE Construction, LLC entered into written subcontracts with BA Roofing in 2021 and 2022 to perform all or part of the roofing work at the Site, within the scope of Goodrum's contractual obligations to Assumption Church. A true and correct copy of the QE-BA Roofing Subcontracts (hereinafter, collectively referred to as "Subcontracts") are attached hereto as **Exhibit 1**.

11. The scope of BA Roofing's work included the removal and replacement of the roofing at the Construction Site, as well as work on associated components, including but not limited to flashing, downspouts, and gutters.

12. BA Roofing performed roofing work at the Construction Site in 2021 and 2022.

13. Subsequent to the completion of the roofing work at the Site, Assumption Church, by and through its legal representatives, made various claims regarding the quality of the roofing work performed by BA Roofing.

14. Assumption Church has alleged that BA Roofing's work was performed negligently, improperly, and/or in a manner that failed to comply with applicable plans, specifications, and industry standards, and/or is otherwise defective, and which has resulted in Assumption Church sustaining damage, including but not limited to ongoing repair costs.

15. Assumption Church has set forth a demand to resolve the claims and allegations relating to the roofing work performed by BA Roofing at the Construction Site.

16. The aforementioned demand has been communicated to BA Roofing.

17. BA Roofing has failed to take remedial action, make repairs, or take other action to resolve the claim asserted by Assumption Church arising from BA Roofing's work.

18. QE incurred, and will continue to incur, costs, expenses, and potential liability as a result of BA Roofing's alleged acts and omissions. As a result of BA Roofing's failure to make repairs or take remedial action, QE is exposed to potential liability for BA Roofing's allegedly defective work.

## COUNT I: BREACH OF CONTRACT

19. QE incorporates by reference the preceding paragraphs and all allegations contained therein.

20. BA Roofing entered into the Subcontracts with QE related to BA Roofing's work on this Project.

21. Under Article 4 of the Subcontracts, BA Roofing agreed to indemnify and hold harmless Quality Exteriors against any and all claims arising from or in any way connected to the work performed by BA Roofing on the Project.

22. On February 23, 2024, QE put BA Roofing on notice of Assumption Church's claim.

23. On October 14, 2024, QE sent BA Roofing a letter formally requesting and tendering the indemnity and defense of the claim made by Assumption Church to BA Roofing pursuant to the Subcontracts.

24. To date, BA Roofing has failed to indemnify and defend QE pursuant to Article 4 of the Subcontracts, which constitutes a breach of the Subcontracts and has resulted in damages to QE.

**COUNT II: NEGLIGENCE**

25. QE incorporates by reference the preceding paragraphs and all allegations contained therein.

26. BA Roofing owed QE, Goodrum, and Assumption Church a duty to perform its work in a workmanlike manner and in accordance with the applicable standard of care, industry standards, plans, specifications, and the Subcontracts entered into between QE and BA Roofing.

27. BA Roofing owed QE, Goodrum, and Assumption Church a duty to perform its work without defects.

28. As a subcontractor on the project, BA Roofing owed QE and Goodrum a duty to perform its work in a manner so as not to expose Goodrum to liability to third parties, including Assumption Church.

29. BA Roofing has been alleged by Assumption Church to have breached its duty by performing its work negligently and defectively and failing to remedy the alleged defects.

30. As a direct and proximate result of BA Roofing's alleged negligence, QE has suffered and continues to suffer damages, including exposure to Assumption Church's claims for the cost of repair or replacement of BA's work, and attorney and expert fees, expenses, and other damages arising from BA Roofing's acts or omissions.

## COUNT III: COMMON LAW IMPLIED INDEMNIFICATION

31. QE incorporates by reference the preceding paragraphs and all allegations contained therein.

32. BA Roofing owed QE, Goodrum, and Assumption Church a duty to perform its work in a workmanlike manner and in accordance with the applicable standards of care, industry standards, plans, specifications, and BA Roofing's contracts with QE.

33. BA Roofing performed work that formed an integral part of QE's scope of work at Assumption Church. BA Roofing knew or reasonably should have known that QE would potentially be held responsible by Assumption Church for the quality, workmanship, and compliance of that work with the applicable standards of care, industry standards, plans, specifications, and the contract executed on behalf of BA Roofing.

34. BA Roofing owed QE and Goodrum a duty to perform its work in a manner so as not to expose QE and Goodrum to liability to third parties, including Assumption Church.

35. It has been alleged that BA Roofing breached these duties by performing its work in a negligent, defective, substandard, or non-conforming manner by Assumption Church.

36. Assumption Church has asserted claims and demands against QE, including a demand for repair costs for damages arising from the allegedly defective work performed by BA Roofing.

37. QE has been required to address and investigate the alleged negligent or defective work performed by BA Roofing and has incurred expenses in the form of attorney and expert fees. As a result of BA Roofing's acts, and failure to act, QE is exposed to liability, damages, costs, fees, or other losses proximately resulting from BA Roofing's acts or omissions.

38. Any liability or damages that QE may incur to Assumption Church as a result of the allegedly negligent, deficient, or defective work performed by BA Roofing will have been caused primarily and proximately caused by BA Roofing's wrongful acts and omissions and breach of duty.

39. QE is therefore entitled to be indemnified by BA Roofing for all such sums that QE may become obligated to pay arising from and as a result of BA Roofing's acts or omissions, including potential exposure to the Assumption Church's claims, costs of repair or replacement, attorneys' fees and expenses, and other damages arising from BA Roofing's wrongful acts or omissions.

## COUNT IV: CONTRIBUTION

40. QE incorporates by reference the preceding paragraphs and all allegations contained therein.

41. Without admitting any fault on the part of QE, to the extent that QE and BA Roofing are found to be jointly or concurrently liable for the alleged defects or damages claimed by Assumption Church, QE is entitled to contribution from BA Roofing for BA Roofing's proportionate share of any damages, costs, or expenses assessed against QE.

42. BA Roofing's acts and omissions have been alleged to be a direct and proximate cause of the damages alleged by Assumption Church, and BA Roofing should bear its equitable share of responsibility.

43. QE thus seeks recovery from BA Roofing for all sums that may be paid by QE in excess of its proportionate share of fault, if any, together with costs, interest, and attorneys' fees as permitted by law.

**PRAYER FOR RELIEF**

Wherefore, QE Construction, LLC d/b/a Quality Exteriors ("QE") respectfully requests that judgment be entered in its favor and against BA Roofing, LLC ("BA Roofing") as follows:

1. Pursuant to Article 4 of the Subcontracts, QE is entitled to be defended, indemnified and held harmless by BA Roofing in accordance with the Subcontracts;

2. BA Roofing has breached its Subcontracts with QE by failing to indemnify and defend QE related to Assumption Church's claim;

3. For all damages sustained by QE proximately resulting from the wrongful acts and omissions of BA Roofing arising from the claims that the work performed by BA Roofing at the Assumption Church site was defective, or failed to comply with the applicable standard of care, industry standards, plans, specifications, and/or the contract execute on behalf of BA Roofing;

4. For indemnification of any and all sums QE may be required to pay to Assumption Church or others arising from the work performed by BA Roofing, LLC, including legal fees and expenses incurred in connection with the claim asserted against QE by Assumption Church;

5. Alternatively, for contribution;

6. For compensatory damages in an amount to be proven at trial;

7. That BA Roofing, LLC be taxed with the costs of this action, including discretionary costs; and

8. For further and general relief as justice may require and this Court deems appropriate.

This the 17th day of December, 2025.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

Miles T. Martindale

J. PAUL BREWER, 025289
MILES T. MARTINDALE, 035725
Post Office Box 2949
120 Brentwood Commons Way, Suite 625
Brentwood, Tennessee 37024
Phone: (615) 499-7176
Facsimile: (615) 523-1496
Email: paul.brewer@mgclaw.com
Email: miles.martindale@mgclaw.com
*Attorneys for QE Construction, LLC d/b/a Quality Exteriors*

CBCS

April 20, 2026

Assumption Church
1227 7th Ave N
Nashville, TN 37208-2605

| | | |
|---|---|---|
| Re: | CBCS File #: | AMB26015103 |
| | CBCS Client: | OSCAR ESCOBAR DBA B & A ROOFING CONSTRUCTION |
| | Date of Loss: | 03/25/2021 |
| | Location of Loss: | Nashville TN |

Assumption Church,

Cottingham & Butler Claims Services, LLC ("CBCS") serves as third-party claim administrator for OSCAR ESCOBAR DBA B & A ROOFING CONSTRUCTION and American Builders Insurance Company RRG. As such, we are investigating the facts of the above-mentioned loss.

Our records show that you were involved in an incident with our insured on 03/25/2021 in Nashville TN. To complete our investigation, please contact me as soon as possible to discuss the details of this incident.

Best regards,

Sianna Taylor-Cain
Senior Claims Representative
ph: (563)216-4568
SMTaylorCain@cbcsclaims.com

*Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.*

**MIDKIFF, MUNCIE & ROSS, P.C.**
ATTORNEYS AND COUNSELLORS AT LAW
620 STATE STREET, SUITE 3000
BRISTOL, TENNESSEE 37620

(423) 573-2440

FAX (423) 573-2439

WWW.MIDKIFFLAW.COM

April 14, 2026

**VIA EMAIL & US Certified Mail**
America Builders Insurance Company

**RE: Goodrum Construction, LLC v. BA Roofing, LLC; QE Construction, LLC d/b/a Quality Exteriors v. BA Roofing, LLC**
**Your Insured: Oscar Escobar DBA BA Roofing**
**Civil Case No.: 25-C-3307; 25-C-3493**
**Your Policy No.: abic010161-00**
**Policy Period: 03/25/2021 – 03/25/2022**
**MMR File No.: 22801.059**

Dear Sir or Madam:

Rockingham Insurance Company has retained me to represent Oscar Escobar and BA Roofing, LLC in regard to lawsuits filed by Goodrum Construction, LLC and QE Construction, LLC. Copies of each Complaint are attached. The Complaints relate to work performed on the Assumption Church in Nashville, Tennessee, based upon work performed at the church in 2021 and 2022.

It has come to our attention that America Builders Insurance Company provided a policy of general liability insurance to Oscar Escobar d/b/a BA Roofing, LLC for the policy period of 03/25/2021 – 03/25/2022. Accordingly, the purpose of this correspondence is to place you on notice of the existence of this claim, as we believe that you have time in risk as it relates to work performed and the policy referenced above.

Please be advised that the parties have been in discussion regarding the potential for a full and final settlement of this matter, and a time-limited settlement demand is on the table from the Assumption Church. I am of the belief that the current demand represents our best opportunity for resolution of the claim to the benefit of your insured and my client.

If you are willing to participate in discussions and settlement regarding this claim, please contact me immediately. I look forward to hearing from you.

Sincerely yours,

Daniel I. Hall

EXHIBIT D

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("AGREEMENT") is made effective as of the 22nd day of July, 2026 (the "EFFECTIVE DATE") by and among Catholic Mutual Insurance Group, Diocese of Nashville, Assumption Church (collectively the "Assumption Parties"), Goodrum Construction, LLC, ("Goodrum"), QE Construction, LLC d/b/a Quality Exteriors ("QE" a sub-contractor for Goodrum), and Oscar Escobar d/b/a BA Roofing ("BA" a sub-contractor for Quality Exteriors), each singularly, a/the "PARTY," and, collectively, referred to herein as the "PARTIES" all of which shall include the PARTIES' respective officers, directors, agents, owners, employees, subcontractors, insurers, successors, assigns, affiliates, parents, subsidiaries, and surviving company or companies by reason of any merger or acquisition.

**WHEREAS,** Goodrum was hired by the Assumption Parties to perform certain repairs to the Church of the Assumption Campus and buildings located at or about 1227 7th Ave. N., Nashville, Tennessee, including the church, rectory, school, and Buddeke House (collectively the "CAMPUS") following the CAMPUS sustaining tornado and storm related damage in early March of 2020.

**WHEREAS,** Goodrum entered into a written subcontract agreement with QE for the replacement of the roofs, gutters, downspouts, and associated work that was part of Goodrum's involvement as a general contractor. QE in turn entered into a written subcontractor agreement with BA to perform work under QE's subcontract with Goodrum.

**WHEREAS,** during and/or after the completion of the work, the Assumption Parties alleged that the work performed by or on behalf of Goodrum, QE, and/or BA was defective and required repair or replacement. Goodrum made a demand upon QE to indemnify, defend, and hold Goodrum harmless from any and all claims arising from QE's work. QE made a demand upon BA to indemnify, defend, and hold QE harmless from any and all claims arising from BA's work.

**WHEREAS,** the Assumption Parties, Goodrum and QE entered into a tolling agreement, effective August 28, 2024, with the desire to encourage resolution and/or such further review or disposition of any claims to defer a lawsuit from being filed and, in any case, wishing to avoid the expense and uncertainty of litigation of any claims, if at all possible, and were willing to make the stipulations, covenants, and agreements hereinafter set forth in order to defer and postpone the commencement of litigation;

**WHEREAS,** Goodrum and QE filed lawsuits against BA to toll the statute of limitation and repose to preserve their claims against BA; and

**WHEREAS,** through negotiations the PARTIES have reached an agreement fully and finally disposing of all claims that were, or could be asserted in any litigation between them, now or in the future, so as to fully and finally resolve any and all disputes that have arisen, or may arise between them relating to the work performed by or on behalf of Goodrum, QE, and BA at the CAMPUS.

**NOW, THEREFORE,** in consideration of the mutual agreements hereinafter set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties do hereby covenant and agree as follows:

1. **Recitals**. The above recitals are true and correct and are incorporated herein by this reference.

2. **Claims**. As used in this Agreement, "CLAIMS" shall include but is not limited to any and all claims of any PARTY, or PARTIES, against any other PARTY or PARTIES, known or unknown, that the PARTIES may have against each other, including any cause of action or potential claim, regardless of the theory or basis for the cause of action, that any PARTY may have against the other as each CLAIM relates to a construction project, alleged defects, or deficiencies, and subsequent issues at Church of the Assumption Campus and related buildings located at 1227 7th Avenue North, Nashville, Tennessee 37208. "CLAIMS" includes all claims that were the subject of the tolling agreement.

3. **No Admission of Liability**. Nothing in this AGREEMENT constitutes or is to be construed as an admission of liability on behalf of the PARTIES, their agents, affiliates, assigns, parents, successors, subsidiaries, and/or successors.

4. **Payment**.

In consideration for the full and final release of any and all CLAIMS that were, or could be asserted in the future, against Goodrum, QE and BA (collectively "the RELEASED PARTIES," funding of the settlement (the "SETTLEMENT PAYMENTS") will be paid to the Assumption Parties, as follows:

[redacted] paid by BA's liability insurance carrier, Rockingham Insurance Company.

[redacted] paid by Quality Exteriors liability carrier, [redacted] [redacted] [redacted] [redacted].

[redacted] paid by Goodrum Construction, LLC's liability carrier [redacted] [redacted] [redacted].

The payments will be remitted to the Assumption Parties no later than 30 days from the date this Agreement is fully executed. The Assumption Parties designate that the drafts shall be made payable to The Church of the Assumption.

5. **Releases**.

5.1. Upon the Assumption Parties receipt of all of the SETTLEMENT PAYMENTS, the Assumption Parties hereby expressly, fully, finally and forever release, relinquish, waive, acquit, discharge, and covenant not to sue the RELEASED PARTIES and their respective owners, insurers, reinsurers, sureties, agents, officers, directors, shareholders, employees, attorneys,

affiliates, heirs, parent and subsidiary companies, predecessors, successors in interest and assigns, from all claims asserted or which could have been asserted related to the RELEASED PARTIES' Scope of Work, or any damages or injuries which the Assumption Parties sustained, or may sustain in the future, known or unknown, including claims for attorneys' fees, costs, and disbursements. Nothing in this Section 5.1 releases or excuses a PARTY from performing any duty under this AGREEMENT.

5.2 The Assumption Parties represent and warrant that they have not transferred or assigned any of their respective rights to any of the claims released in this agreement and that they are the sole owners of any claims for repair costs for, or property damage to the CAMPUS resulting from the work of or materials supplied by the RELEASED PARTIES and they will defend, hold harmless and indemnify the RELEASED PARTIES from any claims brought by a third-party, alleging that the third-party had a subrogation interest in, or superior right to, the payments described in this AGREEMENT, or that the third-party was entitled to recover for repair cost incurred due to the work performed by the RELEASED PARTIES at the CAMPUS.

5.3 Upon the Assumption Parties receipt of all of the SETTLEMENT PAYMENTS, the RELEASED PARTIES hereby expressly, fully, finally and forever release, relinquish, waive, acquit, discharge, and covenant not to sue any other RELEASED PARTY or its respective owners, insurers, reinsurers, sureties, agents, officers, directors, shareholders, employees, attorneys, affiliates, heirs, parent and subsidiary companies, predecessors, successors in interest and assigns, from all claims asserted or which could have been asserted against the other, including cross-claims, counterclaims, third-party claims, claims for indemnity and contribution, claims for attorneys' fees, costs, and disbursements, that in any way arise out of or in any manner relate to their involvement in the repairs at the CAMPUS. Nothing in this Section 5.3 releases or excuses a PARTY from performing any duty under this Agreement.

5.4. The RELEASED PARTIES hereby expressly, fully, finally and forever release, relinquish, waive, acquit, discharge, and covenant not to sue the Assumption Parties and their respective owners, insurers, reinsurers, sureties, agents, officers, directors, shareholders, employees, attorneys, affiliates, heirs, parent and subsidiary companies, predecessors, successors in interest and assigns, from all CLAIMS asserted or which could have been asserted against them, including claims for attorneys' fees, costs, and disbursements, that in any way arise out of or in any manner relate to the work performed by the RELEASED PARTIES.

6. **Attorney Representation**. The PARTIES represent that they voluntarily enter into this AGREEMENT and that they are not under duress or undue influence. The PARTIES represent

that, in executing this AGREEMENT, they had the opportunity to consult legal counsel of their own selection and that their attorneys have reviewed this AGREEMENT, made any desired changes and advised their respective clients with respect to the advisability of making the settlement and release provided herein and of executing this AGREEMENT. The PARTIES have not relied on any representations or warranties in entering into this AGREEMENT, except where expressed in this AGREEMENT. Each PARTY waives and releases all claims relating to statements or representations made or actions taken or not taken before signing this AGREEMENT that may have induced that PARTY to sign this AGREEMENT.

8. **Entire Agreement**. This AGREEMENT constitutes the sole and entire AGREEMENT between the PARTIES and supersedes all prior and contemporaneous statements, promises, understandings or agreements, whether written or oral, as to the CLAIMS or the resolution thereof.

9. **Partial Invalidity**. If any court of competent jurisdiction or any administrative judge declares any provision of this AGREEMENT void or otherwise invalid or unenforceable for any reason, that provision is to be reformed to the maximum extent permitted to preserve the PARTIES' original intent.

10. **Survival**. All representations and warranties contained herein survive the execution and delivery of this AGREEMENT, and the execution and delivery of any other document or instrument referred to herein.

11. **Applicable Law**. This AGREEMENT is subject to and governed by the laws of the State of Tennessee, without regard to conflict-of-law rules or principles. The PARTIES hereby consent that jurisdiction is proper in the State of Tennessee for any action arising out of, under or in connection with this AGREEMENT, and that venue is proper exclusively in Davidson County, Tennessee, for any action arising out of this AGREEMENT.

12. **Counterparts**. This AGREEMENT may be signed and executed in one or more counterparts, each of which is deemed an original and all of which together constitute one AGREEMENT. Delivery of an executed counterpart of a signature page of this AGREEMENT by facsimile or email is effective as delivery of an originally executed counterpart of this AGREEMENT.

13. **No Adverse Construction.** This AGREEMENT is to be interpreted as having been jointly drafted by all the PARTIES. This AGREEMENT is not to be construed against any particular PARTY as the author of any particular language in the AGREEMENT.

14. **Not Evidence**. The PARTIES shall not use this AGREEMENT as evidence in any proceeding other than one to enforce this AGREEMENT, or one seeking damages arising from a breach of this AGREEMENT.

15. **Costs**. The PARTIES agree that they are responsible for their own attorneys' fees, and/or discretionary costs. BA will pay any outstanding Court Costs in connection with the dismissal of the litigation filed against it by Goodrum and QE.

16. **Time**. Time is of the essence of this AGREEMENT.

17. **Further Acts.** In addition to the acts recited in this AGREEMENT, the PARTIES shall perform, or cause to be performed, on the date of this AGREEMENT or thereafter, any and all such further acts as may be reasonably necessary to consummate the transactions contemplated in this AGREEMENT. Each PARTY shall execute and deliver all such documents and instruments as may be necessary and appropriate to effectuate the terms of this AGREEMENT.

18. **Authority**. Each PARTY represents and warrants that the person signing this AGREEMENT on its behalf is an agent acting within the scope and course of his or her employment and is authorized to sign this AGREEMENT on behalf of the corporate or other organized entity and to bind the corporate or otherwise-organized entity to the terms and conditions of the AGREEMENT, has executed it freely and without duress, after having consulted with, or having had the opportunity to consult with, the attorneys of such PARTY'S choice.

19. **Binding Effect**. This AGREEMENT is binding upon and inures to the benefit of the PARTIES and their respective heirs, executors, administrators, subsidiaries, affiliates, successors and assigns.

**THE PARTIES DECLARE THAT THEY HAVE CAREFULLY READ THIS AGREEMENT IN ITS ENTIRETY AND THAT THEY KNOW, UNDERSTAND, AND FULLY AGREE TO THE CONTENTS HEREOF.**

**IN WITNESS WHEREOF**, the PARTIES have executed this AGREEMENT as of the date set forth below.

**THE REMAINDER OF THIS PAGE IS BLANK**

**Goodrum Construction, LLC**

By:__________________________

Title: ________________________

Date: _________________________

**QE Construction LLC d/b/a Quality Exteriors**

By:__________________________

Title: ________________________

Date:_________________________

**Oscar Escobar d/b/a BA Roofing**

By:__________________________

Title: ________________________

Date: _________________________

**Catholic Mutual Insurance Group**

By:__________________________

Title: ________________________

Date: _________________________

**Assumption Church**

By:__________________________

Title: ________________________

Date: _________________________

**Diocese of Nashville**

By:__________________________

Title: ________________________

Date: _________________________

EXHIBIT
E



# SUBCONTRACTOR AGREEMENT

**2021**

**Project: Assumption Church**

This Agreement, as negotiated herein, is entered into by and between **OSCAR ESCOBAR-BA ROOFING, LLC** Subcontractor" and QE Construction, LLC, dba Quality Exteriors, "Contractor."

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Subcontractor and the Contractor hereby agree as follows:

**Article 1. Statement of Work:**

From time to time, Subcontractor may provide services to Contractor. In addition to the terms and conditions negotiated by the parties for particular projects, Contractor and Subcontractor hereby agree that the terms and conditions of this Subcontractor Agreement (the "Agreement") shall apply whenever Subcontractor provides services to Contractor.

**Article 2. Insurance:**

The Subcontractor, at its own expense, shall obtain and maintain in full force and effect, without interruption during the term of the Agreement, the following minimum levels of insurance:

A. Workers' Compensation insurance covering the legal liability of the Contractor and its Subcontractors under the applicable workers' compensation or occupational disease laws for claims for personal injuries and death, resulting there from to the Contractor and its Subcontractor's employees. Certificates of insurance must include a waiver of subrogation in favor of Contractor. The Subcontractor shall also obtain a minimum listed below by trade:

| Trade | Occurrence / Disease / Disease Limit |
|---|---|
| Residential Roofer | $500,000 / $500,000 / $500,000 |
| Siding/Gutter/Exterior Finishes | $500,000 / $500,000 / $500,000 |
| Paint | $500,000 / $500,000 / $500,000 |
| Exception (List coverages ----------->) | |



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

B. Commercial General Liability insurance covering the legal liability (including liability assumed contractually, whether incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal injuries (including death) and property damage resulting there from arising out of the services to be performed by the Subcontractor, in an amount not less than **$1,000,000**, or amount required by law for any one occurrence, **$1,000,000**, or amount required by law, general aggregate (subject to a per project general aggregate provision), **$2,000,000**, or amount required by law, Products/Completed Operations aggregate limit. Commercial General Liability insurance shall be obtained and shall include broad form contractual liability coverage, products/completed operations, cross liability, severability of interest and broad form property damage (if required), and Contractor as well as its directors, officers and employees shall be named as an additional insured on such Commercial General Liability policy regarding liability arising out of operations performed under this Agreement. Form CG 20 10 07 04 and CG 20 37 07 04 must be shown on the certificate of insurance or its equivalent.

| **Trade** | **Occurance / Aggregate / Personal Injury** |
|---|---|
| All Trades | $1,000,000 / $2,000,000 / $1,000,000 |
| Exception (list coverage ---------->) | |

C. Automobile Liability - (if applicable per job - see job subcontract)) insurance covering the legal liability (including liability assumed contractually, whether incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal injuries and death resulting there from and for property belonging to other than the Subcontractor caused by highway licensed vehicles of or used by the Subcontractor in an amount not less than: (i) **$500,000** for any one person; (ii) **$500,000** for bodily injury for any one occurrence; and (iii) **$500,000** for property damage for any one occurrence. Automobile Liability insurance shall provide coverage for owned, hired or non-owned automobile or other automotive equipment and Contractor shall be named as an additional insured on such policy. Using personal vehicles is considered "at risk" and subcontractor and its employees or tiered contractors are subject to lawsuit if personal coverage does not cover damages done in the event of a claim.

The Subcontractor's insurance coverage shall be primary insurance as respects work on this project for Contractor, its directors, officers, and employees. Any insurance or self-insurance maintained by Contractor shall be excess of the Subcontractor's insurance. The Subcontractor, in its agreements with subcontractors, shall require subcontractors to obtain insurance meeting the minimum limits and incorporating the contractual requirements that are prescribed by this Section. The Subcontractor hereby waives and relinquishes any right of subrogation against Contractor and its agents, representatives, employees, and affiliates they might possess for any policy of insurance provided under this Section or under any State or Federal Workers' Compensation or Employer's Liability Act. Subcontractor shall require its insurer to notify Contractor thirty (30) days prior to the effective date of any cancellation or material change in any of the required policies. To the extent that the Subcontractor utilizes deductibles in conjunction with the insurance required by this Agreement, all deductible expenses will be assumed by the Subcontractor. Insurance shall be placed with insurers with a Best rating of not less than A-.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

**Article 4. Indemnification and Arbitration:**

The work performed by the Subcontractor shall be at the risk of the Subcontractor exclusively. Subcontractor hereby indemnifies and holds Contractor, its parent and affiliates and their respective officers, directors, employees and agents, harmless from and against any and all claims, actions, losses, judgments, or expenses, including reasonable attorneys fees, arising from or in any way connected with the work performed, materials furnished, or services provided to Contractor during the term of this Agreement.

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The prevailing party in any arbitration concerning this Agreement shall be entitled to reasonable attorneys' fees.

**Article 5. Warranty:**

Subcontractor warrants its work for a period of 2 year(s) against all defects in materials or workmanship.

Contractor will hold back ten (10%) percent of any payment issued to the subcontractor until the hold back is equal to five thousand US dollars ($5,000.00). This will be held for a period of one hundred and twenty (120) days upon the completion of any and all services Subcontractor has performed. The hold back will be used for any warranty issues that may arise in which Contractor must complete. The balance will be paid to subcontractor after the hundred and twenty (120) day hold back period.

**Article 6. Professional Liability:**

If the services provided by Subcontractor include performing engineering, design, architectural or other professional services, Subcontractor shall maintain a professional liability policy with minimum coverage of $1 million.

(a.) All policies maintained by Subcontractor will be primary and non-contributory in the event of any loss arising out of Subcontractor's performance and shall provide that where there is more than one insured, the policy will operate, except for limits of liability, as if there were a separate policy covering each insured.

(b) All insurance policies shall be written by companies authorized to transact business in the state in which the work is to be performed and acceptable to Contractor.

(c) Failure of the Subcontractor to comply with the insurance requirements may, at Contractor's option, result in:

(1) termination under Article 17(a) or suspension of your work until the requisite insurance is in place with all associated and additional costs borne by Subcontractor; and/or

(2) procurement of insurance by Contractor with costs to be borne by Subcontractor and deducted from the Contract Sum; and/or

(3) indemnification by Subcontractor of all costs, damages, losses and expenses incurred by Contractor arising out of or relating to Subcontractor's Work or resulting from operations of Subcontractor and/or losses suffered by anyone arising from Subcontractor's operations including claims relating to employees of the Subcontractor that would have been covered by insurance Subcontractor was obligated to carry.

(d) The amounts of insurance specified herein and agreed to by the parties shall in no way limit the liability of the Subcontractor.

(e) Subcontractor shall be responsible for familiarizing himself with the agreement existing between



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Contractor and Owner, Construction Manager or General Contractor and complying with any terms thereof to the extent such terms impose additional responsibilities on Contractor and/or Subcontractor relating to insurance.

**Article 7. Compliance With Law:**

(a) Subcontractor represents and warrants that it is qualified and licensed to perform the Work in accordance with the requirements of the jurisdiction in which the work is to be performed. Subcontractor shall comply with federal, state and local laws, ordinances and codes, including tax and business occupation laws, social security acts, withholding requirements, proper classification of workers, unemployment compensation acts, worker's compensation acts and immigration statutes and regulations. Subcontractor shall take all appropriate actions to verify that each of its employees and agents are legally eligible to work in the United States and shall maintain current I-9 forms for its employees and workers who perform the Work or are present at the jobsite. Subcontractor shall hold harmless and indemnify Contractor from any costs, damages, expenses, fines and losses incurred by Contractor resulting from a failure by Subcontractor to comply with all legal requirements applicable to Subcontractor.

(b) Subcontractor shall give all notices and comply with all laws, ordinances, rules, codes, regulations and orders of any public authority bearing on the performance of the Work. Subcontractor shall secure and pay for all permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the Work.

**Article 8. Miscellaneous:**

Subcontractor is an independent contractor and not an employee of Contractor.

This Agreement shall be in full force and effect from the date of signing unless canceled in writing by either party with thirty (30) days' written notice. The cancellation of this Agreement shall not negate any term or condition, such as the indemnity or insurance requirements.

This Agreement is governed by the laws of the State of Tennessee in the county of Rutherford. Any amendment(s) must be given in writing.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

# Job Site Safety Requirements

## Construction Site Housekeeping

A good housekeeping program incorporates the housekeeping function into every process, operation, and task performed on a job site. This handout provides information on job-site housekeeping that can help management prevent injuries and minimize losses.

### Working Areas

- Provide safe access to the job site.
- Keep walking/working surfaces clear and clean.
- Keep stairways, passageways and gangways free of material, supplies, and obstructions.
- Pick-up and place all debris or trash in its proper container.
- Hammer in, bend, or remove any nails protruding from scrap lumber. Cap or bend all exposed steel rebar ends.
- Clean up spills and dry wet floors.

### Materials and Storage

- Remove from the work area any items not being used (e.g. tools, hoses, cords, chains, and hooks) and store them.
- Keep material storage areas clean and free of unwanted materials and debris.
- Secure loose scrap or light materials that may be blown off by high winds.
- Remove empty bags or other containers of lime, grout, cement, or other dust-producing material from work areas.

### Waste

- Place trash and recyclable containers throughout the job site and mark them for proper use. Remove debris at regular intervals.
- Provide chutes or other approved devices for waste removal from above-grade floors.
- Use drip pans to collect oils and fluids.
- Keep waste in metal cans or bins with self-closing covers; empty cans frequently.
- Require all disposal of scrap, waste, recyclable and surplus materials be in accordance with Federal regulations and local codes.
- Place oil-soaked and paint-saturated rags, clothing, waste, or combustible refuse into non-combustible receptacles with self-closing covers.
- Schedule frequent collection and removal of combustible waste.
- Lock used oil containers and dumpsters to secure them from unwanted waste.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

## Construction Site Security

The losses due to theft and vandalism on construction sites have been increasing dramatically over the past decade. Although exact figures are not available, all reliable estimates are that losses due to theft and vandalism are in the billions of dollars.

Crime prevention on construction sites has become a major concern of all responsible contractors. In some cases, the difference between making a profit or sustaining a loss on a job will relate to the contractor's ability to control crime problems on the site.

This handout provides guidance on efforts to control job site security. While each site will present some unique situations, the information provided can assist in identifying major sources of crime losses and implementing the measures for controlling these losses.

**General**

- Require prompt reporting by workers of incidents of theft and vandalism.
- Report all losses to the police immediately.
- Maintain complete records of all security incidents.

**Site**

- Use only high quality locks - never leave keys in locks, or leave locks in an open position.
- Check-out the site at the end of each day before securing it.

**Equipment, Tools, and Materials**

- Consider utilizing a secured area within the site for equipment storage.
- Maintain an inventory control system for all equipment, tools, and materials. Include photographs of equipment and expensive tools. Establish a program for verifying all deliveries.
- Mark all tools and equipment in a conspicuous, distinctive manner to allow for easy identification.
- Keep tools securely locked in storage trailers or sheds.
- Stamp all heavy equipment and attachments with an ID number. Provide warning signs on equipment indicating that ID Numbers are recorded.
- Establish a supervisory key-control program for motorized equipment.
- Lock all equipment cabs during non-working hours.
- Immobilize equipment by disabling it or using anti-theft/anti-vandalism devices.
- Lock oil and gas tank caps where possible as a means of deterring vandalism.
- Park equipment centrally in a well-lighted, secure area.
- Provide a secure storage area for target building materials.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

- Keep the on-site inventory of materials to a minimum.
- Store equipment, materials, and tools away from perimeter fencing.
- Remove equipment and materials from the site when no longer needed - do not use the site for storage.
- Carefully supervise all trash removal from the site.

EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

# Job Site Safety

In order to continue to provide a safe work atmosphere for all subcontractors, Quality Exteriors has developed the following general safety outline to establish policy and to provide a guideline to all subcontractors regarding general safety rules and procedures.

Included in this policy is information on work practices, safety equipment, personal protective equipment, hazard communication training, and notification procedures so that each member of your company can assist in maintaining a safe workplace. The Safety Policy is designed to comply with all federal, state and local requirements.

While the following could be used as your safety plan on a jobsite, Quality Exteriors is in no fashion responsible for upholding any part of it. As a subcontractor YOU must provide and maintain your own safety plan and hold yourself responsible for any infractions that come from its errors or negligence.

**JOB SITE SAFETY**
Job-site safety begins before reaching the job-site. Pay close attention to special situations. If special equipment or safety devices are required, be sure they are available and taken to the job site.

Upon arrival at the job site, subcontractors should examine and identify existing hazards and potential hazards. Be sure all subcontractors and their workers are fully aware of potentially dangerous situations.

**PERSONAL PROTECTIVE EQUIPMENT** (Reference 29 CFR 1926.100-1926.107)
All subcontractors are required to properly use, inspect and maintain personal protective equipment including, but not limited to, the following items:

- Hard hats are to be worn if deemed necessary by management. Hard hats are mandatory for all workers involved in crane operations. This includes the crane operator, assistants on the ground and workers accepting the load on the roof. Subcontractors must have hard hats if any work activity exposes them to the danger of falling objects.
  - Subcontractors are responsible for inspecting the liner and shell for damage on a daily basis. All helmets must meet ANSI specifications.
- Eye protection must be worn when activities could result in eye injury. Subcontractors operating any power tools (grinders, drill presses, table saws, etc.) must wear eye protection..
- Protective clothing (gloves, boots,) shall be worn during those operations which may pose a hazard to the subcontractors. During certain operations, steel-toed shoes may be required, and the subcontractor is responsible for providing such shoes.

Safety Harness & Fall Protection is required equipment and shall be provided by the subcontractor. Subcontractors are required to use such protection during job operations. Harness and safety lines must be used when the working height is 6 feet or higher. Such equipment shall be supplied by the subcontractor, and will meet the requirements set forth under OSHA standard 29 CFR 1926.104

**POWER TOOLS** (Reference 29 CFR 1926.302 - .307)
Commonly used power tools are roof cutters, electric generator, compressors, power saws, circular saws, hand drills, and similar equipment. Power tools and equipment are provided by the Subcontractor.

- Only trained workers of the subcontractor may operate power-actuated tools; eye protection must be used when operating power tools.
- All power-actuated tools will be tested daily prior to use.
- Any defects discovered before or during use will be corrected.
- Electric power operated tools must be either approved double insulated, be properly grounded or used with ground fault circuit interrupters.

All power tools must be equipped with appropriate guards, hoods and/or shut-off devices.

**HAND TOOLS** (Reference 29 CFR 1926.300 - 301)



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Hand tools are supplied by the subcontractor, and remain the personal property of that subcontractor. **Subcontractors SHOULD NOT use unsafe hand tools.**

- Wrenches may not be used when jaws are sprung to the point slippage occurs.
- Keep impact tools free of mushroomed heads.
- Keep wooden tool handles free of splinters or cracks, and tight in the tool.

**FALL PROTECTION** (Reference OSHA 1926.500(Subpart M))
Where there is a danger of workers of subcontractor or the subcontractor themself or materials falling through floor, roof or wall openings, precautionary measures shall be taken. Guard rails, toe boards and covers of the proper height and size (as designated by OSHA) shall be put in place and maintained until such hazard no longer exists. Fall protection devices (safety nets, personal fall arrest, warning line/guardrail, etc.) must be used by subcontractors whose work activities take place 6 feet or higher from the level below. Hard hats must be worn by subcontractors if there is danger of falling objects.

Controlled access zones must be established if the use of standard fall protection devices is not feasible, and must be accompanied by a written Fall Protection Plan. Safety monitoring systems require a designated monitor with no other duties assigned. Fall protection systems shall comply with OSHA standards.

**LADDERS & SCAFFOLDING** (Reference 29 CFR 1926.450-452)
All ladders shall be used in a safe and proper manner, positioned in an upright position on a flat, level surface with securement at roof level.

- The use of ladders with broken or missing rungs or steps, or split side trails or other faulty or defective construction is prohibited.
- Portable ladders must be placed on a substantial base at a 4-1 pitch.
- Secure ladders against movement while in use.
- All scaffolding must be set on adequate level bearing.
- All scaffolding must have required bracing installed.
- All guardrail, midrails and toeboards must be in place.
- Proper tie-ins must be installed to prevent tipping.
- Subcontractors must follow standard safety procedures when using ladders/scaffolding.

**RENTAL EQUIPMENT-**

- Only trained workers of subcontractor will operate rental equipment.
- Employees should verify that an operator's manual is provided for emergency use.
- All rental equipment shall be inspected for safety violations prior to use.

**SAFETY VIOLATIONS**
The importance of safe working habits and practices is of the utmost importance. All subcontractors should review and implement the safety procedures required of their job. Report all safety violations to the supervisor on-site.

Repeated or intentional disregard of the safety practices outlined will result in the following disciplinary actions from the Contractor and SHOULD be considered to use in Subcontractor everyday practice:
Minor First Instance Violations:

- Immediate correction of unsafe practice or procedure (if applicable).
- Verbal Warning.

Minor Second Instance Violations of the Same Safety Requirement:

- Immediate correction of unsafe practice or procedure (if applicable).
- Verbal warning to subcontractor with a note to the subcontractors file.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Minor Third Instance Violations of the Same Safety Requirement:
- Written warning.

More than Two Written Warnings of Different Safety Requirements:
- Cause for 3 day suspension from jobsite or cancellation of subcontract agreement for that job

Flagrant and Intentional Disregard of Safety Procedures, Endangering Co-Workers:
- Cause for immediate removal.

**JOB SAFETY ANALYSIS (JSA)**
In the event of a mishap, a Job Safety Analysis shall be conducted by Subcontractor using the guidelines below:
- Develop a checklist by looking at the general conditions under which the job is performed. Check such items as lighting and ventilation, condition of tools, noise levels and potential electrical hazards. Emergency exits and fire protection should be noted.
- Break the job into steps, and list the steps in order of performance. Do not omit any basic steps. Include enough information to describe each job action, without getting too detailed.
- Identify hazards that exist or may occur in the performance of each step in the job. Look for hazards such as sharp edges on machinery, the absence of machine guards or task which requires the worker to reach over a machine.
- Note if there is the potential that an worker could be trapped or caught in, on or between objects. Observe whether the worker is required to lift, push or pull a heavy object that might cause a back injury. Check for conditions that could cause slips or falls, objects that might strike a worker or that a worker might strike against.
- Analyze the ways in which human error and reactions could contribute to the hazards of a particular job. Often, workers are tempted to take shortcuts if procedures are confusing or equipment is difficult to operate or maintain.
- Evaluate the job, and determine potential hazards. To reduce potential hazards, seek alternative methods or procedures to perform the task. Evaluate machinery, tools and equipment which might enhance safety. Determine if additional training could reduce potential injury.

Review the analysis with the workers involved, so they will know how to do their job safely. Provide your workers with training of the basic job steps using the analysis as a guide. Workers of Subcontractor should be taught to recognize all hazards involved in each step and the necessary safety precautions to take.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

**SUBCONTRACTOR RESPONSIBILITY**

It is the responsibility of ANY subcontractor to ensure that all staff are trained in the procedures of their own plan.. It is the responsibility of the subcontractor to understand and adhere to the Plan and to follow the instructions of the crew foreman. It is also the responsibility of the subcontractor to bring to Quality Exteriors attention, any unsafe or hazardous conditions or practices that may cause injury to either themselves or any other staff. At NO point is Quality Exteriors or any of its employees or affiliates responsible for the actions or safety performances from any "subcontractor."

My signature below represents that I have read and agree to follow the Job Site Safety Requirements and I agree that I am a Subcontractor to Quality Exteriors as stated on pages 5-10.

SUBCONTRACTOR

Company: B&A Roofing construction

By: Oscar Escobar

Print: ______

Title: ______

Date: ______

CONTRACTOR

Company: QE CONSTRUCTION, LLC dba Quality Exteriors

By ______

Print: ______

Title: ______

Date: ______

EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

# SUBCONTRACTOR AGREEMENT

**2022**

**Project: Assumption Church**

This Agreement, as negotiated herein, is entered into by and between **OSCAR ESCOBAR-BA ROOFING, LLC** Subcontractor" and QE Construction, LLC, dba Quality Exteriors, "Contractor."

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Subcontractor and the Contractor hereby agree as follows:

**Article 1. Statement of Work:**

From time to time, Subcontractor may provide services to Contractor. In addition to the terms and conditions negotiated by the parties for particular projects, Contractor and Subcontractor hereby agree that the terms and conditions of this Subcontractor Agreement (the "Agreement") shall apply whenever Subcontractor provides services to Contractor.

**Article 2. Insurance:**

The Subcontractor, at its own expense, shall obtain and maintain in full force and effect, without interruption during the term of the Agreement, the following minimum levels of insurance:

A. Workers' Compensation insurance covering the legal liability of the Contractor and its Subcontractors under the applicable workers' compensation or occupational disease laws for claims for personal injuries and death, resulting there from to the Contractor and its Subcontractor's employees. Certificates of insurance must include a waiver of subrogation in favor of Contractor. The Subcontractor shall also obtain a minimum listed below by trade:

| Trade | Occurrence / Disease / Disease Limit |
|---|---|
| Residential Roofer | $500,000 / $500,000 / $500,000 |
| Siding/Gutter/Exterior Finishes | $500,000 / $500,000 / $500,000 |
| Paint | $500,000 / $500,000 / $500,000 |
| Exception (List coverages ------------>) | |



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

B. Commercial General Liability insurance covering the legal liability (including liability assumed contractually, whether incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal injuries (including death) and property damage resulting there from arising out of the services to be performed by the Subcontractor, in an amount not less than **$1,000,000,** or amount required by law for any one occurrence, **$1,000,000,** or amount required by law, general aggregate (subject to a per project general aggregate provision), **$2,000,000,** or amount required by law, Products/Completed Operations aggregate limit. Commercial General Liability insurance shall be obtained and shall include broad form contractual liability coverage, products/completed operations, cross liability, severability of interest and broad form property damage (if required), and Contractor as well as its directors, officers and employees shall be named as an additional insured on such Commercial General Liability policy regarding liability arising out of operations performed under this Agreement. Form CG 20 10 07 04 and CG 20 37 07 04 must be shown on the certificate of insurance or its equivalent.

| Trade | Occurance / Aggregate / Personal Injury |
|---|---|
| All Trades | $1,000,000 / $2,000,000 / $1,000,000 |
| Exception (list coverage ---------->) | |

C. Automobile Liability - (if applicable per job - see job subcontract)) insurance covering the legal liability (including liability assumed contractually, whether incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal injuries and death resulting there from and for property belonging to other than the Subcontractor caused by highway licensed vehicles of or used by the Subcontractor in an amount not less than: (i) **$500,000** for any one person; (ii) **$500,000** for bodily injury for any one occurrence; and (iii) **$500,000** for property damage for any one occurrence. Automobile Liability insurance shall provide coverage for owned, hired or non-owned automobile or other automotive equipment and Contractor shall be named as an additional insured on such policy. Using personal vehicles is considered "at risk" and subcontractor and its employees or tiered contractors are subject to lawsuit if personal coverage does not cover damages done in the event of a claim.

The Subcontractor's insurance coverage shall be primary insurance as respects work on this project for Contractor, its directors, officers, and employees. Any insurance or self-insurance maintained by Contractor shall be excess of the Subcontractor's insurance. The Subcontractor, in its agreements with subcontractors, shall require subcontractors to obtain insurance meeting the minimum limits and incorporating the contractual requirements that are prescribed by this Section. The Subcontractor hereby waives and relinquishes any right of subrogation against Contractor and its agents, representatives, employees, and affiliates they might possess for any policy of insurance provided under this Section or under any State or Federal Workers' Compensation or Employer's Liability Act. Subcontractor shall require its insurer to notify Contractor thirty (30) days prior to the effective date of any cancellation or material change in any of the required policies. To the extent that the Subcontractor utilizes deductibles in conjunction with the insurance required by this Agreement, all deductible expenses will be assumed by the Subcontractor. Insurance shall be placed with insurers with a Best rating of not less than A-.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

**Article 4. Indemnification and Arbitration:**

The work performed by the Subcontractor shall be at the risk of the Subcontractor exclusively. Subcontractor hereby indemnifies and holds Contractor, its parent and affiliates and their respective officers, directors, employees and agents, harmless from and against any and all claims, actions, losses, judgments, or expenses, including reasonable attorneys fees, arising from or in any way connected with the work performed, materials furnished, or services provided to Contractor during the term of this Agreement.

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The prevailing party in any arbitration concerning this Agreement shall be entitled to reasonable attorneys' fees.

**Article 5. Warranty:**

Subcontractor warrants its work for a period of 2 year(s) against all defects in materials or workmanship.

Contractor will hold back ten (10%) percent of any payment issued to the subcontractor until the hold back is equal to five thousand US dollars ($5,000.00). This will be held for a period of one hundred and twenty (120) days upon the completion of any and all services Subcontractor has performed. The hold back will be used for any warranty issues that may arise in which Contractor must complete. The balance will be paid to subcontractor after the hundred and twenty (120) day hold back period.

**Article 6. Professional Liability:**

If the services provided by Subcontractor include performing engineering, design, architectural or other professional services, Subcontractor shall maintain a professional liability policy with minimum coverage of $1 million.

(a.) All policies maintained by Subcontractor will be primary and non-contributory in the event of any loss arising out of Subcontractor's performance and shall provide that where there is more than one insured, the policy will operate, except for limits of liability, as if there were a separate policy covering each insured.

(b) All insurance policies shall be written by companies authorized to transact business in the state in which the work is to be performed and acceptable to Contractor.

(c) Failure of the Subcontractor to comply with the insurance requirements may, at Contractor's option, result in:

(1) termination under Article 17(a) or suspension of your work until the requisite insurance is in place with all associated and additional costs borne by Subcontractor; and/or

(2) procurement of insurance by Contractor with costs to be borne by Subcontractor and deducted from the Contract Sum; and/or

(3) indemnification by Subcontractor of all costs, damages, losses and expenses incurred by Contractor arising out of or relating to Subcontractor's Work or resulting from operations of Subcontractor and/or losses suffered by anyone arising from Subcontractor's operations including claims relating to employees of the Subcontractor that would have been covered by insurance Subcontractor was obligated to carry.

(d) The amounts of insurance specified herein and agreed to by the parties shall in no way limit the liability of the Subcontractor.

(e) Subcontractor shall be responsible for familiarizing himself with the agreement existing between



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Contractor and Owner, Construction Manager or General Contractor and complying with any terms thereof to the extent such terms impose additional responsibilities on Contractor and/or Subcontractor relating to insurance.

**Article 7. Compliance With Law:**

(a) Subcontractor represents and warrants that it is qualified and licensed to perform the Work in accordance with the requirements of the jurisdiction in which the work is to be performed. Subcontractor shall comply with federal, state and local laws, ordinances and codes, including tax and business occupation laws, social security acts, withholding requirements, proper classification of workers, unemployment compensation acts, worker's compensation acts and immigration statutes and regulations. Subcontractor shall take all appropriate actions to verify that each of its employees and agents are legally eligible to work in the United States and shall maintain current I-9 forms for its employees and workers who perform the Work or are present at the jobsite. Subcontractor shall hold harmless and indemnify Contractor from any costs, damages, expenses, fines and losses incurred by Contractor resulting from a failure by Subcontractor to comply with all legal requirements applicable to Subcontractor.

(b) Subcontractor shall give all notices and comply with all laws, ordinances, rules, codes, regulations and orders of any public authority bearing on the performance of the Work. Subcontractor shall secure and pay for all permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the Work.

**Article 8. Miscellaneous:**

Subcontractor is an independent contractor and not an employee of Contractor.

This Agreement shall be in full force and effect from the date of signing unless canceled in writing by either party with thirty (30) days' written notice. The cancellation of this Agreement shall not negate any term or condition, such as the indemnity or insurance requirements.

This Agreement is governed by the laws of the State of Tennessee in the county of Rutherford. Any amendment(s) must be given in writing.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

## Job Site Safety Requirements

### Construction Site Housekeeping

A good housekeeping program incorporates the housekeeping function into every process, operation, and task performed on a job site. This handout provides information on job-site housekeeping that can help management prevent injuries and minimize losses.

**Working Areas**

- Provide safe access to the job site.
- Keep walking/working surfaces clear and clean.
- Keep stairways, passageways and gangways free of material, supplies, and obstructions.
- Pick-up and place all debris or trash in its proper container.
- Hammer in, bend, or remove any nails protruding from scrap lumber. Cap or bend all exposed steel rebar ends.
- Clean up spills and dry wet floors.

**Materials and Storage**

- Remove from the work area any items not being used (e.g. tools, hoses, cords, chains, and hooks) and store them.
- Keep material storage areas clean and free of unwanted materials and debris.
- Secure loose scrap or light materials that may be blown off by high winds.
- Remove empty bags or other containers of lime, grout, cement, or other dust-producing material from work areas.

**Waste**

- Place trash and recyclable containers throughout the job site and mark them for proper use. Remove debris at regular intervals.
- Provide chutes or other approved devices for waste removal from above-grade floors.
- Use drip pans to collect oils and fluids.
- Keep waste in metal cans or bins with self-closing covers; empty cans frequently.
- Require all disposal of scrap, waste, recyclable and surplus materials be in accordance with Federal regulations and local codes.
- Place oil-soaked and paint-saturated rags, clothing, waste, or combustible refuse into non-combustible receptacles with self-closing covers.
- Schedule frequent collection and removal of combustible waste.
- Lock used oil containers and dumpsters to secure them from unwanted waste.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

## Construction Site Security

The losses due to theft and vandalism on construction sites have been increasing dramatically over the past decade. Although exact figures are not available, all reliable estimates are that losses due to theft and vandalism are in the billions of dollars.

Crime prevention on construction sites has become a major concern of all responsible contractors. In some cases, the difference between making a profit or sustaining a loss on a job will relate to the contractor's ability to control crime problems on the site.

This handout provides guidance on efforts to control job site security. While each site will present some unique situations, the information provided can assist in identifying major sources of crime losses and implementing the measures for controlling these losses.

### General

- Require prompt reporting by workers of incidents of theft and vandalism.
- Report all losses to the police immediately.
- Maintain complete records of all security incidents.

### Site

- Use only high quality locks - never leave keys in locks, or leave locks in an open position.
- Check-out the site at the end of each day before securing it.

### Equipment, Tools, and Materials

- Consider utilizing a secured area within the site for equipment storage.
- Maintain an inventory control system for all equipment, tools, and materials. Include photographs of equipment and expensive tools. Establish a program for verifying all deliveries.
- Mark all tools and equipment in a conspicuous, distinctive manner to allow for easy identification.
- Keep tools securely locked in storage trailers or sheds.
- Stamp all heavy equipment and attachments with an ID number. Provide warning signs on equipment indicating that ID Numbers are recorded.
- Establish a supervisory key-control program for motorized equipment.
- Lock all equipment cabs during non-working hours.
- Immobilize equipment by disabling it or using anti-theft/anti-vandalism devices.
- Lock oil and gas tank caps where possible as a means of deterring vandalism.
- Park equipment centrally in a well-lighted, secure area.
- Provide a secure storage area for target building materials.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

- Keep the on-site inventory of materials to a minimum.
- Store equipment, materials, and tools away from perimeter fencing.
- Remove equipment and materials from the site when no longer needed - do not use the site for storage.
- Carefully supervise all trash removal from the site.

EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

# Job Site Safety

In order to continue to provide a safe work atmosphere for all subcontractors, Quality Exteriors has developed the following general safety outline to establish policy and to provide a guideline to all subcontractors regarding general safety rules and procedures.

Included in this policy is information on work practices, safety equipment, personal protective equipment, hazard communication training, and notification procedures so that each member of your company can assist in maintaining a safe workplace. The Safety Policy is designed to comply with all federal, state and local requirements.

While the following could be used as your safety plan on a jobsite, Quality Exteriors is in no fashion responsible for upholding any part of it. As a subcontractor YOU must provide and maintain your own safety plan and hold yourself responsible for any infractions that come from its errors or negligence.

**JOB SITE SAFETY**

Job-site safety begins before reaching the job-site. Pay close attention to special situations. If special equipment or safety devices are required, be sure they are available and taken to the job site.

Upon arrival at the job site, subcontractors should examine and identify existing hazards and potential hazards. Be sure all subcontractors and their workers are fully aware of potentially dangerous situations.

**PERSONAL PROTECTIVE EQUIPMENT** (Reference 29 CFR 1926.100-1926.107)

All subcontractors are required to properly use, inspect and maintain personal protective equipment including, but not limited to, the following items:

- Hard hats are to be worn if deemed necessary by management. Hard hats are mandatory for all workers involved in crane operations. This includes the crane operator, assistants on the ground and workers accepting the load on the roof. Subcontractors must have hard hats if any work activity exposes them to the danger of falling objects.
  - Subcontractors are responsible for inspecting the liner and shell for damage on a daily basis. All helmets must meet ANSI specifications.
- Eye protection must be worn when activities could result in eye injury. Subcontractors operating any power tools (grinders, drill presses, table saws, etc.) must wear eye protection..
- Protective clothing (gloves, boots,) shall be worn during those operations which may pose a hazard to the subcontractors. During certain operations, steel-toed shoes may be required, and the subcontractor is responsible for providing such shoes.

Safety Harness & Fall Protection is required equipment and shall be provided by the subcontractor. Subcontractors are required to use such protection during job operations. Harness and safety lines must be used when the working height is 6 feet or higher. Such equipment shall be supplied by the subcontractor, and will meet the requirements set forth under OSHA standard 29 CFR 1926.104

**POWER TOOLS** (Reference 29 CFR 1926.302 - .307)

Commonly used power tools are roof cutters, electric generator, compressors, power saws, circular saws, hand drills, and similar equipment. Power tools and equipment are provided by the Subcontractor.

- Only trained workers of the subcontractor may operate power-actuated tools; eye protection must be used when operating power tools.
- All power-actuated tools will be tested daily prior to use.
- Any defects discovered before or during use will be corrected.
- Electric power operated tools must be either approved double insulated, be properly grounded or used with ground fault circuit interrupters.

All power tools must be equipped with appropriate guards, hoods and/or shut-off devices.

**HAND TOOLS** (Reference 29 CFR 1926.300 - 301)



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Hand tools are supplied by the subcontractor, and remain the personal property of that subcontractor. **Subcontractors SHOULD NOT use unsafe hand tools.**

- Wrenches may not be used when jaws are sprung to the point slippage occurs.
- Keep impact tools free of mushroomed heads.
- Keep wooden tool handles free of splinters or cracks, and tight in the tool.

**FALL PROTECTION** (Reference OSHA 1926.500(Subpart M))
Where there is a danger of workers of subcontractor or the subcontractor themself or materials falling through floor, roof or wall openings, precautionary measures shall be taken. Guard rails, toe boards and covers of the proper height and size (as designated by OSHA) shall be put in place and maintained until such hazard no longer exists. Fall protection devices (safety nets, personal fall arrest, warning line/guardrail, etc.) must be used by subcontractors whose work activities take place 6 feet or higher from the level below. Hard hats must be worn by subcontractors if there is danger of falling objects.

Controlled access zones must be established if the use of standard fall protection devices is not feasible, and must be accompanied by a written Fall Protection Plan. Safety monitoring systems require a designated monitor with no other duties assigned. Fall protection systems shall comply with OSHA standards.

**LADDERS & SCAFFOLDING** (Reference 29 CFR 1926.450-452)
All ladders shall be used in a safe and proper manner, positioned in an upright position on a flat, level surface with securement at roof level.

- The use of ladders with broken or missing rungs or steps, or split side trails or other faulty or defective construction is prohibited.
- Portable ladders must be placed on a substantial base at a 4-1 pitch.
- Secure ladders against movement while in use.
- All scaffolding must be set on adequate level bearing.
- All scaffolding must have required bracing installed.
- All guardrail, midrails and toeboards must be in place.
- Proper tie-ins must be installed to prevent tipping.
- Subcontractors must follow standard safety procedures when using ladders/scaffolding.

**RENTAL EQUIPMENT-**

- Only trained workers of subcontractor will operate rental equipment.
- Employees should verify that an operator's manual is provided for emergency use.
- All rental equipment shall be inspected for safety violations prior to use.

**SAFETY VIOLATIONS**
The importance of safe working habits and practices is of the utmost importance. All subcontractors should review and implement the safety procedures required of their job. Report all safety violations to the supervisor on-site.

Repeated or intentional disregard of the safety practices outlined will result in the following disciplinary actions from the Contractor and SHOULD be considered to use in Subcontractor everyday practice:
Minor First Instance Violations:

- Immediate correction of unsafe practice or procedure (if applicable).
- Verbal Warning.

Minor Second Instance Violations of the Same Safety Requirement:

- Immediate correction of unsafe practice or procedure (if applicable).
- Verbal warning to subcontractor with a note to the subcontractors file.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

Minor Third Instance Violations of the Same Safety Requirement:

- Written warning.

More than Two Written Warnings of Different Safety Requirements:

- Cause for 3 day suspension from jobsite or cancellation of subcontract agreement for that job
.

Flagrant and Intentional Disregard of Safety Procedures, Endangering Co-Workers:

- Cause for immediate removal.

**JOB SAFETY ANALYSIS (JSA)**
In the event of a mishap, a Job Safety Analysis shall be conducted by Subcontractor using the guidelines below:

- Develop a checklist by looking at the general conditions under which the job is performed. Check such items as lighting and ventilation, condition of tools, noise levels and potential electrical hazards. Emergency exits and fire protection should be noted.
- Break the job into steps, and list the steps in order of performance. Do not omit any basic steps. Include enough information to describe each job action, without getting too detailed.
- Identify hazards that exist or may occur in the performance of each step in the job. Look for hazards such as sharp edges on machinery, the absence of machine guards or task which requires the worker to reach over a machine.
- Note if there is the potential that an worker could be trapped or caught in, on or between objects. Observe whether the worker is required to lift, push or pull a heavy object that might cause a back injury. Check for conditions that could cause slips or falls, objects that might strike a worker or that a worker might strike against.
- Analyze the ways in which human error and reactions could contribute to the hazards of a particular job. Often, workers are tempted to take shortcuts if procedures are confusing or equipment is difficult to operate or maintain.
- Evaluate the job, and determine potential hazards. To reduce potential hazards, seek alternative methods or procedures to perform the task. Evaluate machinery, tools and equipment which might enhance safety. Determine if additional training could reduce potential injury.

Review the analysis with the workers involved, so they will know how to do their job safely. Provide your workers with training of the basic job steps using the analysis as a guide. Workers of Subcontractor should be taught to recognize all hazards involved in each step and the necessary safety precautions to take.



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

**SUBCONTRACTOR RESPONSIBILITY**
It is the responsibility of ANY subcontractor to ensure that all staff are trained in the procedures of their own plan.. It is the responsibility of the subcontractor to understand and adhere to the Plan and to follow the instructions of the crew foreman. It is also the responsibility of the subcontractor to bring to Quality Exteriors attention, any unsafe or hazardous conditions or practices that may cause injury to either themselves or any other staff. At NO point is Quality Exteriors or any of its employees or affiliates responsible for the actions or safety performances from any "subcontractor."

My signature below represents that I have read and agree to follow the Job Site Safety Requirements and I agree that I am a Subcontractor to Quality Exteriors as stated on pages 5-10.

| SUBCONTRACTOR | CONTRACTOR |
|---|---|
| Company: BA Roofing LLC | Company: QE CONSTRUCTION, LLC dba Quality Exteriors |
| By: Oscar Escobar | By__________ |
| Print: __________ | Print: __________ |
| Title: owner | Title: __________ |
| Date: 01/21/22 | Date: __________ |



EFILED 12/17/25 12:39 PM CASE NO. 25C3493 Joseph P. Day, Clerk

MARTIN, TATE, MORROW & MARSTON, P.C.
6410 POPLAR AVENUE
SUITE 900
MEMPHIS, TENNESSEE 38119-4841

9589 0710 5270 2052 3561 01

$027.05

FROM

**MARTIN TATE**

ATTORNEYS AND COUNSELORS

MEMPHIS | NASHVILLE

6410 POPLAR AVENUE
SUITE 900
MEMPHIS, TN 38119-4841

Rockingham Insurance Company
c/o Registered Agent, Robert Lyon
633 E. Market Street
Harrisonburg, Virginia 22801

PRIORITY MAIL

TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

ORIGINAL

| STATE OF TENNESSEE<br>20TH JUDICIAL DISTRICT<br>CHANCERY COURT | **SUMMONS** | CASE FILE NUMBER<br>26-1056-II |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| American Builders Insurance, RRG | Oscar Escobar, individually and d/b/a B & A Roofing Construction, BA Roofing LLC, and Rockingham Insurance Company |

TO: (NAME AND ADDRESS OF DEFENDANT)

Rockingham Insurance Company
c/o Registered Agent, Robert Lyon
633 E. Market Street
Harrisonburg, Virginia 22801

Method of Service:

- [x] Certified Mail
- [ ] Davidson Co. Sheriff
- [ ] *Comm. Of Insurance
- [ ] *Secretary of State
- [ ] *Out of County Sheriff
- [ ] Private Process Server
- [ ] Other

*Attach Required Fees

List each defendant on a separate summons.

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| **Attorney for plaintiff or plaintiff if filing Pro Se:**<br>(Name, address & telephone number) | **FILED, ISSUED & ATTESTED** |
|---|---|
| Christopher M. Myatt<br>Martin, Tate, Morrow & Marston, P.C.<br>International Place, Tower II<br>6410 Poplar Ave., Suite 900<br>Memphis, TN 38119<br>(901) 522-9000 | ~~FOR CLERK USE ONLY~~ AUG - 7 2026<br><br>**MARIA M. SALAS, Clerk and Master**<br>**By:** **1 Public Square**<br>**Suite 308**<br>**Nashville, TN 37201**<br>[signature]<br>**Deputy Clerk & Master** |

NOTICE OF DISPOSITION DATE

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| **TO THE SHERIFF:** | **DATE RECEIVED** |
|---|---|
| | **Sheriff** |

***Submit one original plus one copy for each defendant to be served.

ADA Coordinator, Maria M. Salas (862-5710)

FILED

# RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows: (Name of Party Served) ________ 2026 SEP -1 AM 11:24

☐ Served ________
☐ Not Served ________

☐ Not Found
☐ Other ________ CLERK & MASTER DAVIDSON CO. CHANCERY CT.

| | |
|---|---|
| Date of Return:<br><br>Agency Address: | By: *[signature]* D.C. & M.<br><br>Sheriff/or other authorized person to serve process |

# RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the *6th* day of *August* 20*26*, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case ________ to the defendant ________. On the *14th* day of *August* ________, 20*26*, I received the return receipt, which had been signed by ________ on the _____ day of ________ 20____. The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

**Sworn to and subscribed before me on this** *21st* **day of** *August*, **20***26*.

Signature of *✓* Notary Public or ____ Deputy Clerk

*Hazel L. Walker*

My Commission Expires: *April 6, 2030*

HAZEL L. WALKER STATE OF TENNESSEE NOTARY PUBLIC COUNTY OF SHELBY MY COMM. EXPIRES APRIL 6, 2030

Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process.

*[signature]*

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):

Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to: Clerk & Master
1 Public Square
Suite 308
Nashville TN 37201

Please state file number on list.

## CERTIFICATION (IF API

I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case.

MAI

By:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Rockingham Insurance Company*
*c/o RA, Robert Lyon*
*633 E. Market Street*
*Harrisonburg, Virginia 22801*

9590 9402 8876 4005 8776 59

2. Article Number (Transfer from service label)

9589 0710 5270 2052 3561 01

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2026 AUG ... AM 11:... CLERK & MASTER DAVIDSON CO. CHANCERY CT.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

*Return Receipt Requested*

Domestic Return Receipt

**Tracking Number:**

**9589071052702052356101**

**Latest Update**

Your item has been delivered to an agent. The item was picked up at USPS at 9:05 am on August 14, 2026 in HARRISONBURG, VA 22801.

---

FILED
2026 SEP -1 AM 11:25
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

**Delivered to Agent**

**Delivered to Agent, Picked up at USPS**

HARRISONBURG, VA 22801

August 14, 2026 9:05 AM

**Out for Delivery**

HARRISONBURG, VA 22801

August 14, 2026 6:12 AM

**Arrived at Post Office**

HARRISONBURG, VA 22801

August 14, 2026 6:01 AM

**Departed USPS Facility**

DULLES VA DISTRIBUTION CENTER

August 14, 2026 1:38 AM

**Arrived at USPS Facility**

DULLES VA DISTRIBUTION CENTER

August 13, 2026 4:41 PM

**Arrived at USPS Facility**

MEMPHIS, TN 38114

August 12, 2026 1:56 AM

E-FILED
9/3/2026 9:41 AM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

**IN THE CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE**

| | | |
|---|---|---|
| **AMERICAN BUILDERS INSURANCE, RRG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 26-1056-II** |
| | ) | |
| **OSCAR ESCOBAR, Individually and d/b/a B & A ROOFING CONSTRUCTION, BA ROOFING LLC, and ROCKINGHAM INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

Comes now, Jon M. Cope and Emily G. Harrell, and the law firm of STOKES, WILLIAMS, SHARP, COPE & MANN and gives notice to the Court and to the Plaintiff, of their representation of Rockingham Insurance Company, in reference to the above-styled lawsuit. This Notice is given subject to the Defendant's right to assert any and all defenses permitted by Rule 12 of the *Tennessee Rules of Civil Procedure* and Rockingham Insurance Company specifically does not waive its rights by filing of this Notice.

Respectfully submitted,

s/Jon M. Cope
Jon M. Cope (BPR #20031)
Emily G. Harrell (BPR #39524)

STOKES, WILLIAMS, SHARP, COPE & MANN
P.O. Box 2644
Knoxville, TN 37901
865/544-3833
Attorneys for Defendant, Rockingham Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to all counsel of record in this cause by placing a copy of same in the U. S. Mail, postage prepaid, addressed as follows, and/or by notification via the court's electronic filing system:

Christopher M. Myatt, Esq.
Martin, Tate, Morrow & Maston, P.C.
International Place, Tower II
6410 Poplar Ave., Suite 900
Memphis, TN 38119

This 3rd day of September, 2026.

s/Jon M. Cope
Jon M. Cope